4:20 CV 217 AW-MAE

```
     COURTS/USDC-FL-N
    111 N ADAMS ST STE 322
     TALLAHASSEE, FL 32301
        (850) 521-3704

              SALE

MID: 000025552455
TID: 003           REF#: 00000248
Batch #: 120001    RRN: 600100001
04/29/20                 08:06:55
APPR CODE: 105831
AMEX                   Manual CP
***********3007              **/**

AMOUNT            $400.00

           APPROVED

         CUSTOMER COPY
```

```
Court Name: District Court
Division: 4
Receipt Number: FLN400039909
Cashier ID: dcook
Transaction Date: 04/29/2020
Payer Name: COLLEEN ANDREWS

CIVIL FILING FEE
 For: BAROODY ET AL V CITY OF QUINCY
 Case/Party: D-FLN-4-20-CV-000217-001
 Amount:        $400.00

CREDIT CARD
 Amt Tendered:  $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

Note: Returned check fee is $53
```