IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| JULIE BAROODY, and ) | |
| WILLIAM B. FARMER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 4:20-cv-217-AW-MAF |
| ) | |
| CITY OF QUINCY, FLORIDA, ) | |
| KEITH A. DOWDELL, in his official ) | |
| capacity as Commissioner and Mayor of the ) | |
| City of Quincy, RONTE R. HARRIS, in his ) | |
| official capacity as Commissioner and ) | |
| Mayor Pro-Tem of the City of Quincy, and ) | |
| ANGELA G. SAPP, in her official capacity ) | |
| as Commissioner of the City of Quincy, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFFS' NOTICE OF FILING RETURNS OF SERVICE

Plaintiffs, Julie Baroody and William B. Farmer, by and through the undersigned counsel, hereby files the Returns of Service of Summons and Complaint for Injunctive and Declaratory Relief served on the following person, date, and time:

| Name | Date Served |
|---|---|
| City of Quincy | 4/29/20 |
| Keith A. Dowdell | 4/29/20 |
| Ronte R. Harris | 4/29/20 |
| Angela G. Sapp | 4/29/20 |

DATED this 29th day of April, 2020.

        Respectfully submitted,

        **ANDREWS LAW FIRM**
        822 North Monroe Street
        Tallahassee, Florida 32303
        T: (850) 681-6416 / F: 681-6984

        */s/ Ryan J. Andrews*
        RYAN J. ANDREWS (FBN 0104703)
        ryan@andrewslaw.com

        */s/ David A. Weisz*
        DAVID A. WEISZ (*Pro Hac Vice Forthcoming*[1])
        STEVEN R. ANDREWS (FBN 0263680)
        steve@andrewslaw.com
        service@andrewslaw.com
        *Counsel for Plaintiffs*

---

[1] David Weisz, Esq. is a lawyer registered to practice law in the State of Georgia. Further, Mr. Weisz has passed The Florida Bar and is awaiting receipt of his letter from the Bar with his approval to be notarized and submitted to the Florida Bar.

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:20-CV-217

Plaintiff:
**JULIE BAROODY, AND WILLIAM B. FARMER,**

vs.

Defendant:
**CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL, RONTE R. HARRIS, AND ANGELA G. SAPP**

KDY2020017453

For:
ANDREWS LAW FIRM
822 NORTH MONROE STREET
TALLAHASSEE, FL 32303

Received by KD PROCESS on the 29th day of April, 2020 at 12:00 pm to be served on **CITY OF QUINCY, FLORIDA C/O MAYOR KEITH DOWDELL, 404 WEST JEFFERSON STREET, QUINCY, FL 32351**.

I, Christopher Kady, do hereby affirm that on the **29th day of April, 2020** at **2:50 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ANN SHERMAN** as **H.R. DIRECTOR** authorized to accept service, of the within named corporation, at the address of: **404 WEST JEFFERSON STREET, QUINCY, FL 32351** on behalf of **CITY OF QUINCY, FLORIDA**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: BLACK, Height: 5'10", Weight: 140, Hair: BLACK, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.          "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**Christopher Kady**
Process Server 237

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 545-3452**

Our Job Serial Number: KDY-2020017453

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| JULIE BAROODY, and<br>WILLIAM B. FARMER,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL,<br>RONTE R. HARRIS, and ANGELA G. SAPP<br><br>*Defendant(s)* | Civil Action No. 4:20-cv-217 |

*Handwritten: Ch 237, 4/29/20, 2:50pm*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Quincy, Florida
c/o Mayor Keith Dowdell
404 West Jefferson Street
Quincy, Florida 32351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ryan J. Andrews, Esquire
Andrews Law Firm
822 North Monroe Street
Tallahassee, FL 32303
service@andrewslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  04/29/2020                                                                     s/Betsy Breeden
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-217

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* City of Quincy, Florida
was received by me on *(date)* 4/29/20 12:50pm.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ann Sherman, H.R Director, who is
designated by law to accept service of process on behalf of *(name of organization)* City of Quincy, FL.
c/o Mayor Keith Dowdell on *(date)* 4/29/20 2:50pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/29/20

Server's signature

Kady, Christopher #237
Printed name and title

2957 Capital Park Dr # 7 Tallahassee, FL 32301
Server's address

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:20-CV-217

Plaintiff:
**JULIE BAROODY, AND WILLIAM B. FARMER,**

vs.

Defendant:
**CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL, RONTE R. HARRIS, AND ANGELA G. SAPP**


KDY2020017452

For:
ANDREWS LAW FIRM
822 NORTH MONROE STREET
TALLAHASSEE, FL 32303

Received by KD PROCESS on the 29th day of April, 2020 at 12:00 pm to be served on **KEITH DOWDELL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER AND MAYOR OF THE CITY OF QUINCY, 404 WEST JEFFERSON STREET, QUINCY, FL 32351**.

I, Christopher Kady, do hereby affirm that on the **29th day of April, 2020** at **2:50 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ANN SHERMAN** as H.R. DIRECTOR authorized to accept service, of the within named corporation, at the address of: **404 WEST JEFFERSON STREET, QUINCY, FL 32351** on behalf of **KEITH DOWDELL, IN HIS OFFICIAL CAPACITY AS COMMISSIONER AND MAYOR OF THE CITY OF QUINCY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: BLACK, Height: 5'10", Weight: 140, Hair: BLACK, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.       "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher Kady
Process Server 237

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 545-3452**

Our Job Serial Number: KDY-2020017452

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Florida

| | |
|---|---|
| JULIE BAROODY, and<br>WILLIAM B. FARMER,<br><br>*Plaintiff(s)*<br>v.<br><br>CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL,<br>RONTE R. HARRIS, and ANGELA G. SAPP<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 4:20-cv-217 |

Ch237
4/29/20
2:50

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Keith Dowdell, in his official capacity as Commissioner and Mayor of the City of Quincy
404 West Jefferson Street
Quincy, Florida 32351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Ryan J. Andrews, Esquire
Andrews Law Firm
822 North Monroe Street
Tallahassee, FL 32303
service@andrewslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/29/2020

s/Betsy Breeden
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-217

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Keith Dowdell
was received by me on *(date)* 4/29/20 12:00 pm.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ann Sherman, H.R. Director, who is designated by law to accept service of process on behalf of *(name of organization)* Keith Dowdell, in his official Capacity on *(date)* 4/29/20 2:50p ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/29/20

Server's signature

Kady, Christopher # 237
Printed name and title

2957 Capital Park Dr # 7 Tallahassee, FL 32301
Server's address

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:20-CV-217

Plaintiff:
**JULIE BAROODY, AND WILLIAM B. FARMER,**

vs.

Defendant:
**CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL, RONTE R. HARRIS, AND ANGELA G. SAPP**


KDY2020017454

For:
ANDREWS LAW FIRM
822 NORTH MONROE STREET
TALLAHASSEE, FL 32303

Received by KD PROCESS on the 29th day of April, 2020 at 12:00 pm to be served on **RONTE R. HARRIS, IN HIS OFFICIAL CAPACITY AS COMMISSIONER AND MAYOR PRO-TEM OF THE CITY OF QUINCY, 404 WEST JEFFERSON STREET, QUINCY, FL 32351**.

I, Christopher Kady, do hereby affirm that on the **29th day of April, 2020** at **2:50 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ANN SHERMAN** as **H.R. DIRECTOR** authorized to accept service, of the within named corporation, at the address of: **404 WEST JEFFERSON STREET, QUINCY, FL 32351** on behalf of **RONTE R. HARRIS, IN HIS OFFICIAL CAPACITY AS COMMISSIONER AND MAYOR PRO-TEM OF THE CITY OF QUINCY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: BLACK, Height: 5'10", Weight: 140, Hair: BLACK, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.    "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher Kady
Process Server 237

KD PROCESS
2957 CAPITAL PARK DRIVE
SUITE # 7
TALLAHASSEE, FL 32301
(850) 545-3452

Our Job Serial Number: KDY-2020017454

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| JULIE BAROODY, and<br>WILLIAM B. FARMER,<br><br>*Plaintiff(s)*<br>v.<br>CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL,<br>RONTE R. HARRIS, and ANGELA G. SAPP<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:20-cv-217 |

Ch 237
4/29/20
@ 2:59

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ronte R. Harris, in his official capacity as Commissioner and Mayor Pro-Tem of the City of Quincy
404 West Jefferson Street
Quincy, Florida 32351

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan J. Andrews, Esquire
Andrews Law Firm
822 North Monroe Street
Tallahassee, FL 32303
service@andrewslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____04/29/2020_____          _____s/Betsy Breeden_____
                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-217

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ronte R. Harris, in his official capacity
was received by me on *(date)* 4/29/20 12:30pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ann Sherman, H.R. Director, who is designated by law to accept service of process on behalf of *(name of organization)* Ronte R. Harris, in his official capacity on *(date)* 4/29/20 7:50p ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/29/20

Server's signature

Kady, Christopher #237
Printed name and title

2957 Capital Oak Dr #7 Tallahassee, FL 32301
Server's address

Additional information regarding attempted service, etc:

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Florida

Case Number: 4:20-CV-217

Plaintiff:
**JULIE BAROODY, AND WILLIAM B. FARMER,**

vs.

Defendant:
**CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL, RONTE R. HARRIS, AND ANGELA G. SAPP**

KDY2020017451

For:
ANDREWS LAW FIRM
822 NORTH MONROE STREET
TALLAHASSEE, FL 32303

Received by KD PROCESS on the 29th day of April, 2020 at 12:00 pm to be served on **ANGELA G. SAPP, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE CITY OF QUINCY, 404 WEST JEFFERSON STREET, QUINCY, FL 32351**.

I, Christopher Kady, do hereby affirm that on the **29th day of April, 2020** at **2:50 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **ANN SHERMAN** as **H.R. DIRECTOR** authorized to accept service, of the within named corporation, at the address of: **404 WEST JEFFERSON STREET, QUINCY, FL 32351** on behalf of **ANGELA G. SAPP, IN HER OFFICIAL CAPACITY AS COMMISSIONER OF THE CITY OF QUINCY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: BLACK, Height: 5'10", Weight: 140, Hair: BLACK, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.    "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**Christopher Kady**
Process Server 237

**KD PROCESS**
**2957 CAPITAL PARK DRIVE**
**SUITE # 7**
**TALLAHASSEE, FL 32301**
**(850) 545-3452**

Our Job Serial Number: KDY-2020017451

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | | |
|---|---|---|
| JULIE BAROODY, and<br>WILLIAM B. FARMER, | )<br>)<br>)<br>) | |
| *Plaintiff(s)* | )<br>) | |
| v. | )<br>) | Civil Action No. 4:20-cv-217 |
| CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL,<br>RONTE R. HARRIS, and ANGELA G. SAPP | )<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

*Handwritten: CU 237  4/29/20  2:50pm*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Angela G. Sapp, in her official capacity as Commissioner of the City of Quincy
404 West Jefferson Street
Quincy, Florida 32351


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ryan J. Andrews, Esquire
Andrews Law Firm
822 North Monroe Street
Tallahassee, FL 32303
service@andrewslaw.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   04/29/2020                                          s/Betsy Breeden
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:20-cv-217

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Angela G. Sapp, in her official Capacity of Commiss**
was received by me on *(date)* **4/29/20 12:00PM**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Ann Sherman, H.R. Director**, who is designated by law to accept service of process on behalf of *(name of organization)* **Angela G. Sapp, in her official Capacity as Commisoner** on *(date)* **4/29/20 2:00** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/29/20**

*Server's signature*

**Kady, Christopher #237**
*Printed name and title*

**2557 Capital Oak De St.7 Tallahassee, FL 32301**
*Server's address*

Additional information regarding attempted service, etc: