IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIE BARODY, and
WILLIAM B. FARMER,

    PLAINTIFFS,

v.

CITY OF QUINCY, FLORIDA,
KEITH A. DOWDELL, in his official
capacity as Commissioner and Mayor
of the City of Quincy, RONTE R.
HARRIS, in his official capacity as
Commissioner and Mayor Pro-Tem of
the City of Quincy, and ANGELA G.
SAPP, in her official capacity as
Commissioner of the City of Quincy,

    DEFENDANTS.

Case No. 4:20-cv-217-AW-MAF

## NOTICE OF APPEARANCE

Mohammad O. Jazil, Joseph A. Brown, and Kristen C. Diot, hereby provide notice of their appearance on behalf of CITY OF QUINCY, FLORIDA, KEITH A. DOWDELL, in his official capacity as Commissioner and Mayor of the City of Quincy, RONTE R. HARRIS, in his official capacity as Commissioner and Mayor Pro-Tem of the City of Quincy, and ANGELA G. SAPP, in her official capacity as

1

Commissioner of the City of Quincy, in the above-styled action, and requests that all papers filed in this case be served upon the undersigned.

            Respectfully submitted by:

            */s/ Joseph A. Brown*
            MOHAMMAD O. JAZIL (FBN 72556)
             mjazil@hgslaw.com
            JOSEPH A. BROWN (FBN 25765)
             jbrown@hgslaw.com
            KRISTEN C. DIOT (FBN 118625)
             KDiot@hgslaw.com
            HOPPING GREEN & SAMS, P.A.
            119 South Monroe Street, Suite 300
            Tallahassee, Florida 32301
            Phone: (850) 222-7500
            Fax: (850) 224-8551

Dated: May 8, 2020        ***Counsel for Defendants***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system to the following on this 5th day of May, 2020:

*/s/ Joseph A. Brown*
Attorney