Start: 10:03 a.m.
Stop: 10:33 a.m.

*UNITED STATES DISTRICT COURT*
**CIVIL MINUTES - GENERAL**

Case No:     4:20-cv-217-AW-MAF                                 Date: 05/12/2020
Title:       Baroody and Framer v City of Quincy et. al.

DOCKET ENTRY:

    Telephonic Hearing
    Case Management Conference

PRESENT:     Honorable ALLEN C WINSOR, District Judge

| TiAnn Stark | Lisa Snyder (USDC-Tallahassee) |
|---|---|
| Deputy Clerk | Court Reporter |
| Ryan Andrews | Muhammad Jazil<br>Joseph Brown |
| Attorneys for Plaintiff | Attorneys for Defendants |

PROCEEDINGS:

**10:03 a.m.**     **Court called to order**

    Statements made by both sides

    Motion for Preliminary Injunction to be filed Friday with response two weeks later

    Consented depos to proceed

    Telephonic hearing to be set for 5/20/20 at 10:00 a.m.

    Written order to follow

**10:33 a.m.**     **Court adjourned**