_____

CITY OF QUINCY

MEETING OF THE CITY COMMISSION

_____

MARCH 24, 2020

City of Quincy
City Hall
Commission Chambers
404 West Jefferson Street
Quincy, FL 32351

_____

TRANSCRIBED BY:

ANDREA KOMARIDIS WRAY

COURT REPORTER

_____

EXCERPT OF COMMISSION MEETING

PAGES     -

* * * * *

PREMIER REPORTING
114 W 5TH AVENUE
TALLAHASSEE, FLORIDA
(850) 894-0828

**Page 2**

BOARD MEMBERS PRESENT:
MAYOR KEITH DOWDELL
MAYOR PRO-TEM RONTE HARRIS
COMMISSIONER ANGELA SAPP
COMMISSIONER FREIDA BASS-PRIETO
COMMISSIONER DANIEL McMILLAN

**Page 3**

EXCERPT FROM PROCEEDINGS

MAYOR DOWDELL:  The City of Quincy Commission -- regular Commission meeting for Tuesday, March 24th, 2020, is now called to order. We will stand and do our invocation led by our very own Reverend Ryals.

(Invocation and Pledge of Allegiance given.)

MAYOR DOWDELL:  All right.  Roll call --

MR. McLEAN:  (Unintelligible.)

(Discussion off the record.)

MAYOR DOWDELL:  All right.  Roll -- roll call.

THE CLERK:  Commissioner McMillan.

COMMISSIONER McMILLAN:  Yes.

THE CLERK:  Commissioner Harris?

COMMISSIONER HARRIS:  Here.

THE CLERK:  Commissioner Sapp.

COMMISSIONER SAPP:  Here.

THE CLERK:  Commissioner --

COMMISSIONER BASS:  Here.

THE CLERK:  -- Bass-Prieto.

COMMISSIONER BASS:  Here.

THE CLERK:  Mayor Dowdell.

MAYOR DOWDELL:  Here.

All right.  Approval of the agenda.

COMMISSIONER HARRIS:  Mr. Mayor.

**Page 4**

MAYOR DOWDELL:  Commissioner Harris.

COMMISSIONER HARRIS:  I would like to offer a motion that we approve the agenda for Tuesday, March 24th, 2020.

COMMISSIONER SAPP:  Second.

MAYOR DOWDELL:  Okay.  It's been properly moved and second that we approve the agenda for March 24th, 2020.  Those in favor of the motion, say aye.

(Chorus of ayes.)

MAYOR DOWDELL:  Those opposed?

Motion carries.

I didn't hear McMillan --

COMMISSIONER SAPP:  He said --

MAYOR DOWDELL:  -- so, five-zero.

Okay.  Next up, item is the approval of the minutes of the previous meeting for February 20th, 2020, special meeting.

COMMISSIONER SAPP:  Mr. Mayor?

MAYOR DOWDELL:  Commissioner Sapp.

COMMISSIONER SAPP:  Offer motion that we approve the minutes from the special meeting dated February 20th, 2020.

COMMISSIONER HARRIS:  Second.

MAYOR DOWDELL:  All right.  It's been properly

**Page 5**

moved and second that we approve the special meeting minutes of February the 20th, 2020.  If there's no amendments or corrections, I move that we approve this -- oh, I'm getting tongue-tied.

COMMISSIONER HARRIS:  Call for questions.

MAYOR DOWDELL:  Are there any questions? There being no questions, all the those in favor of the motion, say aye.

(Chorus of ayes.)

MAYOR DOWDELL:  All opposed?

Motion carries four-zero.

Next we have approval of the minutes of special meeting in March 13th, 2020.

COMMISSIONER SAPP:  Mr. --

COMMISSIONER HARRIS:  Mr. Mayor.

MAYOR DOWDELL:  Commissioner Harris.

COMMISSIONER HARRIS:  Motion to approve the minutes of the March 13th, 2020, special meeting.

COMMISSIONER SAPP:  Second.

MAYOR DOWDELL:  Okay.  Are there any questions?  There being none, those in favor of the motion, say aye.

(Chorus of ayes.)

MAYOR DOWDELL:  Those opposed?

Motion carries.

Page 6

1  There is no proclamation -- yes, it is.
2  MR. McLEAN:  No.
3  MAYOR DOWDELL:  No proclamation, public
4  hearings or ordinance -- no public -- I didn't get
5  anything from the public to speak.
6  Going on to Resolution 1406-2020,
7  redistricting plan.  Okay.  First, we need a motion
8  to read the resolution by title.
9  COMMISSIONER SAPP:  Mr. Mayor.
10  MAYOR DOWDELL:  Commissioner Sapp.
11  COMMISSIONER SAPP:  I offer a motion that we
12  read Resolution No. 1406-2020, redistricting plan,
13  by title only.
14  COMMISSIONER HARRIS:  Second.
15  MAYOR DOWDELL:  Okay.  I got one question.  In
16  Section 1, do we need to put a --
17  MR. McLEAN:  I say we wait --
18  MAYOR DOWDELL:  Okay.  We wait?
19  COMMISSIONER SAPP:  We --
20  MAYOR DOWDELL:  Okay.
21  MR. McLEAN:  Yes, sir.
22  MAYOR DOWDELL:  All right.  It's been properly
23  moved and second that we approve Redistricting
24  Resolution 1406-2020.  Those in favor of the
25  motion, say aye.

Page 7

1  (Chorus of ayes.)
2  MAYOR DOWDELL:  Those opposed -- I missed
3  something.
4  COMMISSIONER HARRIS:  Want to read --
5  COMMISSIONER SAPP:  You got to read it.
6  MR. McLEAN:  You just call --
7  (Simultaneous speakers.)
8  MAYOR DOWDELL:  I'm -- I'm sorry.  Yeah.
9  COMMISSIONER HARRIS:  Call the --
10  THE CLERK:  Commissioner McMillan?
11  Commissioner McMillan.
12  COMMISSIONER McMILLAN:  Yes.
13  THE CLERK:  Commissioner Harris.
14  COMMISSIONER HARRIS:  Yes.
15  THE CLERK:  Commissioner Sapp.
16  COMMISSIONER SAPP:  Yes.
17  THE CLERK:  Commissioner Bass-Prieto.
18  COMMISSIONER BASS:  No.
19  THE CLERK:  Commis- -- Mayor Dowdell.
20  MAYOR DOWDELL:  Yes.
21  All right.  The -- the meeting is now open.
22  MR. McLEAN:  No, you want to have --
23  MAYOR DOWDELL:  -- for public --
24  MR. McLEAN:  She needs to read it by title.
25  MAYOR DOWDELL:  Oh, okay.  I'm sorry.

Page 8

1  MR. McLEAN:  The clerk should read it by
2  title.
3  THE CLERK:  By title, yes:  Redistricting
4  Resolution No. 1406-2020, resolution of the City of
5  Quincy, Florida, adopting a redistricting plan
6  providing for compliance with law.
7  MAYOR DOWDELL:  Okay.
8  MR. McLEAN:  Now you can open up for public
9  comment.
10  MAYOR DOWDELL:  All right.  The floor is now
11  open for public comments from the floor.  Any
12  questions that --
13  MS. BAROODY:  I'm -- I'm sorry.  Can I speak?
14  COMMISSIONER SAPP:  She wants to give a
15  little, brief (unintelligible) first, then ask for
16  questions.
17  MS. BAROODY:  Julie Baroody --
18  MAYOR DOWDELL:  Hold on.  How --
19  MS. BAROODY:  -- 910 Sunset Drive.
20  MAYOR DOWDELL:  Let -- let me -- let me ask a
21  question.  Before she speaks, will we get a
22  briefing --
23  MR. McLEAN:  We -- we --
24  MAYOR DOWDELL:  -- prior to?
25  COMMISSIONER SAPP:  Uh-huh.

Page 9

1  MR. McLEAN:  Yes, sir.  I think maybe --
2  (Simultaneous speakers.)
3  MS. BAROODY:  -- briefing before --
4  MAYOR DOWDELL:  Yeah.  Okay.  Okay.
5  MS. BAROODY:  I didn't want to speak without
6  knowing --
7  MAYOR DOWDELL:  Right.  That's --
8  MS. BAROODY:  -- the latest, so -- yeah.
9  MAYOR DOWDELL:  Okay.
10  MS. BAROODY:  I'll wait until --
11  MR. SPITZER:  All right.  Good afternoon.
12  COMMISSIONER SAPP:  Good afternoon.
13  MR. SPITZER:  So, just a short little summary
14  of where we -- where we are.  The city has not
15  redistricted in 45 years, and -- and districts need
16  to be fairly close in terms of population to
17  each -- each other.
18  Your current districts are not that.  Two of
19  them, one and five, are not too far away from the
20  average size, but two, four, and three are
21  significantly either under the average or over the
22  average population.  We have provided you with
23  three alternative maps that you've seen in previous
24  workshop meetings.
25  And then there were some suggestions that we

Page 10

1  received after last week's workshop meeting, which
2  resulted in the fourth alternative map, which is
3  Map No. 4, which I'll show you now.
4      The -- I think the key guiding principle of
5  Map -- Map No. 4 was that each of the sitting
6  commissioners will be residing in their current
7  district.  And with that as a starting point, then,
8  we adjusted boundaries so that the rest of the
9  districts were equal enough in population to meet
10  common redistricting criteria.
11      And so, for -- and also, the other feature
12  that you'll see with Alternative 4 is that the --
13  the lower part of the city, which heads towards
14  I-10, is -- has been connected to District No. 2.
15      And so, they're all within acceptable
16  tolerances in terms of population and deviations
17  from the -- from the mean, all of the districting
18  plans.  Plan 4 is 6.23 percentage points apart
19  between the largest and the smallest district, and
20  they all meet other re- -- common redistricting
21  criteria.
22      There were three -- or I should say four
23  alternative maps that -- that -- actually, there
24  was more than that -- that we had received after
25  your last workshop meeting.  There were three that

Page 11

1  we received fairly quickly from members of the City
2  Commission and then two others later from other
3  members of the Commission and one from a member of
4  the public.
5      The ones that we had received fairly
6  quickly -- we were able to transpose those
7  handwritten lines into the software.  And those
8  are -- were provided to you -- I don't know if it
9  was yesterday or today.  And they're characterized
10  as Alternative 1A, 1B, and 1C, which were submitted
11  by Commissioner Sapp.  And then Commissioner Harris
12  submitted B and C.
13      After that time, we also received a suggestion
14  from Commissioner McMillan and also from a member
15  of the public which were fairly similar in design,
16  in that the -- the commissioner in District 5 would
17  remain in -- in District 5.
18      Then we also received a -- another -- a final
19  handwritten map from Commissioner Bass, which was
20  sort of similar to the other two, in that the --
21  each commissioner remained in his or her existing
22  districts.  Those three that I just spoke of were,
23  in my view, anyway, fairly similar to one another.
24  And that's how Alternative No. 4 came to be.
25      I have talked or had an e-mail exchange with

Page 12

1  Commissioner Sapp today.  And I -- I think that she
2  would still like to see some changes to that --
3      COMMISSIONER SAPP:  Mr. Spitzer.
4      MR. SPITZER:  -- alternative.
5      COMMISSIONER SAPP:  Excuse me.  Not
6  Commissioner Sapp.
7      MR. SPITZER:  I'm sorry.  Commissioner Bass.
8  I'm sorry.
9      COMMISSIONER SAPP:  Thank you.
10      MR. SPITZER:  Excuse me.
11      And -- and I -- Commissioner Bass, I believe,
12  would still like to see some changes to
13  Alternative 4.
14      So, that's -- that's the short summary of --
15  of these -- of the four plans that are in front of
16  you now.
17      COMMISSIONER HARRIS:  Do you have the
18  numbers -- I mean, for all --
19      COMMISSIONER BASS:  Excuse me.
20      MAYOR DOWDELL:  Hold on.  Commissioner Harris
21  has the floor.
22      COMMISSIONER BASS:  Okay.
23      MAYOR DOWDELL:  Hold on, Commissioner Bass.
24      COMMISSIONER HARRIS:  Do you have the numbers
25  for Alternative 4?  The -- the stats at the bottom?

Page 13

1      MR. SPITZER:  Yes.
2      COMMISSIONER HARRIS:  Is it -- is it on that
3  map?  Because we -- I don't have a copy of it.
4      MR. SPITZER:  Oh.  Well, I provided those.  I
5  do have the -- the stats for those, yes.
6      COMMISSIONER HARRIS:  Oh, okay.  I mean, I
7  just want to look at it.  I -- I didn't see that.
8      COMMISSIONER SAPP:  I don't have that -- I
9  don't have that.
10      MAYOR DOWDELL:  I don't have that neither.
11  None of us have four.
12      MR. McLEAN:  They were all sent to you, but
13  you may not -- they should be -- they should be in
14  front of you, though.  I think --
15      COMMISSIONER SAPP:  It's a different four --
16      (Simultaneous speakers.)
17      COMMISSIONER SAPP:  The four that's in front
18  of us is different from that four.
19      MR. McLEAN:  Yeah.  No, it's -- it's different
20  from the four -- the four that's on your table?
21      COMMISSIONER SAPP:  Uh-huh.
22      MAYOR DOWDELL:  No, it's different from that
23  up there.
24      COMMISSIONER HARRIS:  Yeah, this isn't that
25  one.

Page 14

1  COMMISSIONER SAPP:  Is that different from
2  that?
3  COMMISSIONER HARRIS:  Yes.
4  MR. McLEAN:  Okay.  Oh, this is the wrong
5  four, then, I think.
6  MR. SPITZER:  That's the -- that's not what
7  I --
8  MR. McLEAN:  That's -- yeah.  You -- the one
9  that he sent -- would you go and make us copies
10 that he sent out?  And I -- I actually sent -- I
11 personally sent them out, too.  (Unintelligible),
12 you know --
13 COMMISSIONER HARRIS:  Via e-mail?
14 MR. McLEAN:  Via e-mail.  That's okay, but I
15 had wanted her to have a hard copy in front of --
16 COMMISSIONER HARRIS:  Gotcha.
17 MR. SPITZER:  Let me --
18 COMMISSIONER SAPP:  That's okay.
19 MR. SPITZER:  I can read you the -- the
20 statistics for --
21 COMMISSIONER HARRIS:  That's okay.
22 MR. SPITZER:  -- Alternative 4 that you see
23 here.  For District No. 1, it is underpopulated by
24 66 people, or 3.83 percentage points.
25 MAYOR DOWDELL:  Hold -- Hold on.  Stop for a

Page 15

1  minute.  You telling us about --
2  MR. SPITZER:  That --
3  MAYOR DOWDELL:  -- Alternative 4?
4  MR. SPITZER:  Yes.
5  MAYOR DOWDELL:  Okay.
6  MR. SPITZER:  For District No. 2, it is
7  overpopulated by 42 people, or 2.4 percentage
8  points, from the average.
9  District 3 is overpopulated by 23 people, or
10 1.3 percentage points.
11 District 4 is overpopulated by 39 people, or
12 2.23 percentage points.
13 And, finally, District 5 is underpopulated by
14 36 people, or 2.1 percentage points.
15 MR. McLEAN:  Could you read all of the data in
16 on the -- on that bottom line into the rec- -- one
17 of the things, Mayor, I would like to do is to make
18 sure we have a thorough and complete record.  And
19 so, all of the handwritten copies -- at some point
20 in time, I want to make sure they are made a part
21 of the record for everyone so they will have it.
22 And so, I'm asking to be --
23 MR. SPITZER:  Okay.
24 MR. McLEAN:  -- further detail about each one
25 you're reading in so that the record, whenever

Page 16

1  someone looks at it, is clear.
2  MR. SPITZER:  Okay.  And so, the -- the -- the
3  deviation between the largest and the smallest
4  district, under Plan -- Alternative 4, is 6.23
5  points.  It's well within the ten-point guideline.
6  MR. McLEAN:  What is the -- would you -- could
7  you go back to that and then read into what the
8  population is, you know, black and white?  Because
9  it's a whole issue about voter dilution and that
10 issue.  So, let's just read those in, too, each
11 one -- for each one of them.
12 MR. SPITZER:  For District 1, the actual
13 population is 1,668 people: 113 white; 1,272 black;
14 283 other.
15 COMMISSIONER HARRIS:  That's District, what,
16 now?
17 MR. SPITZER:  One.
18 MR. McLEAN:  What's the percentage?
19 MR. SPITZER:  The percentage of black is
20 76.26 percent.
21 MR. McLEAN:  Okay.  I just wanted to put the
22 whole -- all of it in, if you could.
23 MR. SPITZER:  The -- for District 2, the
24 population is 1,776 people: 292 white; 1,430 black;
25 54 other.  The percentage of African-Americans in

Page 17

1  District 2 is 80.54 percent.
2  For District 3, 1,757 people total: 249 white;
3  1,262 black; 246 other.  The percentage black is
4  71.83 percent.
5  For District 4, the total population of 1,773
6  people: 617 white; 1,037 black; 119 other.  The
7  percent black in that district is 58.49 percent.
8  And for District 5, a total population of
9  1,698 people: 702 white; 672 black; 325 other.  The
10 percent of black is 39.55 percent.
11 There were -- for the three alternatives that
12 we received, that I was able to print maps for,
13 Alternative 1A was submitted by --
14 COMMISSIONER SAPP:  This is what we've got
15 over here.  We've got that one.
16 COMMISSIONER HARRIS:  Yeah, this -- this is
17 not it.
18 COMMISSIONER SAPP:  We don't have the one on
19 the screen.
20 COMMISSIONER HARRIS:  Yeah, that one --
21 (Simultaneous speakers.)
22 COMMISSIONER HARRIS:  I think you may have
23 sent --
24 COMMISSIONER SAPP:  We'll go on.  We've got --
25 COMMISSIONER HARRIS:  Yeah, we -- we've got

Page 18

1 the numbers, but I think you may have sent --
2    COMMISSIONER SAPP: Yeah, go on --
3    COMMISSIONER HARRIS: Is this the one that he
4 sent?
5    THE CLERK: Uh-huh.
6    COMMISSIONER HARRIS: Yeah. I think you may
7 have sent the wrong four.
8    MR. McLEAN: Okay.
9    COMMISSIONER HARRIS: Yeah.
10    MR. McLEAN: That's all right. That's
11 (unintelligible).
12    MR. SPITZER: I do have -- I have one -- just
13 one copy with me.
14    MR. McLEAN: (Unintelligible).
15    MR. SPITZER: For the ones for 1A, B, and C,
16 if you'd like, I could read the -- the de- -- just
17 the deviations.
18    COMMISSIONER HARRIS: -- the detail on it.
19 (Unintelligible).
20    MR. SPITZER: For 1A, the -- the deviation
21 between the largest and the smallest is -- is over
22 44 percentage points. So, it needs to be less than
23 10. So, it's -- it's significantly -- there's too
24 of a -- too much of a -- of a deviation between the
25 largest and the smallest district in that plan.

Page 19

1    MR. McLEAN: Which plan was that?
2    COMMISSIONER SAPP: 1A.
3    MR. SPITZER: 1A.
4    For 1B, the deviation between the largest and
5 the smallest district was almost 73 percentage
6 points. So, even more significant than --
7    MR. McLEAN: So -- I'm --
8    MR. SPITZER: -- 1A.
9    MR. McLEAN: I -- yeah, I'm sorry. I'm going
10 to still ask you -- because we're building a
11 record -- somebody is building a record. So, would
12 you --
13    MR. SPITZER: All right.
14    MR. McLEAN: -- for each one of them, read
15 everything into the record.
16    MR. SPITZER: So, for 1A, in District 1 in
17 Plan 1A, the population is 1,716 people. There is
18 a deviation from the mean of 18 or -- under 18,
19 less -- but a minus-18, excuse me, for a deviation
20 of one- -- negative-1.06. There are 319 white
21 people; 1,322 black; 75 other. The percent black
22 is 77 percent.
23    For District 2 in Plan 1A, there's a total
24 population of 1,366 people. It is 368 people under
25 the average size, or a deviation of minus-21.24

Page 20

1 percentage points: 49 white; 1,289 black; 28
2 other -- or 94.36 black.
3    For District 2 in Plan 1A, the population is
4 2,130 people, 396 over the average size or
5 22.81 percent over -- over the average: 290 white;
6 1,568 black; 272 other; 73.62 percent African-
7 American.
8    For District 4, a total population of 1,739
9 people. It's over the average size by five, just
10 almost .27 percentage points over: 961 white; 625
11 black; 153 other; a percentage of African-American
12 people of 35.94 percent.
13    And for District 5, the actual population is
14 1,721 people, 13 under the average size, 7.77
15 percentage points under the average; 353 white; 869
16 black; 499 other. The percent of African Americans
17 is 50.49 percent. So, that's Alternative 1.
18    MR. McLEAN: And whose -- whose plan was that?
19    MR. SPITZER: That was Ms. Sapp's --
20    MR. McLEAN: Okay.
21    MR. SPITZER: -- plan.
22    COMMISSIONER SAPP: Bass.
23    MR. McLEAN: Bass.
24    COMMISSIONER SAPP: Could have been Sapp. 1B
25 was Sapp. 1B was close to what I gave you.

Page 21

1    COMMISSIONER HARRIS: Yeah, 1B was close to
2 what I had, too.
3    COMMISSIONER BASS: Excuse me, Mayor.
4    MAYOR DOWDELL: Go --
5    COMMISSIONER BASS: I don't mean to interject
6 here --
7    MAYOR DOWDELL: Okay.
8    COMMISSIONER BASS: -- if possible.
9    MAYOR DOWDELL: Okay. Go ahead.
10    COMMISSIONER BASS: I never received the map
11 that he showed for an alternative. I can't follow
12 along with the numbers. The map I received for
13 Alternative 4 is totally different.
14    MR. McLEAN: Yeah.
15    COMMISSIONER BASS: And the map that's on our
16 website, the city website, is totally different.
17 So, I am the -- I can't even see what Alternative 4
18 looks like.
19    MR. McLEAN: Send -- e-mail her --
20    COMMISSIONER BASS: I have no numbers before
21 me because I was not provided that map.
22    COMMISSIONER SAPP: None of us were.
23    MAYOR DOWDELL: Okay. Well, we just -- we
24 just got it, the correct one, Commissioner.
25    COMMISSIONER HARRIS: She's e-mailing --

Page 22

COMMISSIONER BASS: I want to know why.
MAYOR DOWDELL: Well, you have to ask the consultant. I don't know.
MR. McLEAN: Or -- or ask me.
COMMISSIONER BASS: Ask what, I'm sorry?
MR. McLEAN: You can -- you can ask me. When I got the maps on yesterday afternoon -- I mean, I -- actually -- I didn't see them quite yesterday afternoon, but when I saw them, I got up and I pulled them and I sent them out -- I think I sent them out -- may have sent them out first thing this morning, early this morning, because I got them in late yesterday afternoon. I just didn't see them at the end of the day.
So, that's why you have -- if there are mistaken maps on it of the ones that I have sent you, it is because I pulled the wrong ones. I thought I had pulled the correct ones that were sent to me.
And I think they may be there anyway because they're called, like, Alternative 1, Alternative 2. You know, how you did that 1C, 1B? I'm -- I'm thinking they're there, but people don't recognize them because we've got this Alternative 4.
So, what's being sent to you now, and sent to

Page 23

your e-mail --
COMMISSIONER BASS: I'm sorry, Mr. McLean --
MR. McLEAN: Excuse me.
COMMISSIONER BASS: I'm sorry --
MR. McLEAN: May I finish? May I finish?
COMMISSIONER BASS: This --
MAYOR DOWDELL: Go ahead, Manager.
COMMISSIONER BASS: This is not the way to conduct this -- this important of meeting.
COMMISSIONER HARRIS: Right. You come.
COMMISSIONER BASS: Okay. I submitted a map. My map was just, I guess, combined within three others. Okay. I see where everyone else's map was drawn. Okay. Then I was given a map that doesn't even remotely look like the map that I drew.
I feel like I'm being -- being held back and treated differently, you know. And our citizens have not even seen this map because it's not on the website. The inappropriate map, apparently the one Alternate 4, is the one on the website.
Why are we going forward with this if we don't have the accurate information?
MR. McLEAN: I -- I can't answer that, but let me answer the question about --
COMMISSIONER BASS: Excuse --

Page 24

MR. McLEAN: Excuse me?
COMMISSIONER BASS: I'm sorry. I can't understand you.
MAYOR DOWDELL: Go ahead, Comm- -- Mr. Manager.
MR. McLEAN: Okay. The only thing I want to say is, is that the map -- I think you were sent them because I think the original things that were sent to me were done as Alternative 1A, 1B, 1C. And then -- we, then, moved into this one where we said four, which would match it with one, two, three, four.
So, I think it's there, but to be clear, what is being e-mailed to you now, Commissioner Bass-Prieto, is Alternative --
COMMISSIONER BASS: Mr. McLean, I --
MAYOR DOWDELL: Ms. -- okay. Commissioner Bass.
COMMISSIONER BASS: (Unintelligible) --
MAYOR DOWDELL: Hold on.
(Simultaneous speakers.)
MAYOR DOWDELL: Commissioner Bass, I'm going to turn you off if -- Commissioner Bass, would you let the city manager complete before you jump in?
COMMISSIONER BASS: Well, I --

Page 25

MAYOR DOWDELL: He -- Commissioner Bass.
COMMISSIONER BASS: -- now.
MAYOR DOWDELL: Commissioner Bass, this is my last time saying this, now. Let him finish just like he let you finish. Okay. I'll come back to you as soon as the manager finishes, but don't jump in between his conversation.
Go ahead, Manager.
MR. McLEAN: It's being sent to you by e-mail now. So, check your e-mail.
COMMISSIONER BASS: May I speak now?
MAYOR DOWDELL: Yes, go ahead.
COMMISSIONER BASS: I'm objecting because I am the only one here that -- that's map, one, was not drawn; and, two, you know, the one that affects my district the most is -- is -- I've got a -- a map that doesn't even closely re- -- even remotely resemble what's on there. And our public was not given a chance to look at the map because the wrong map is on our website also.
And just because I'm at home doesn't mean that I should not be able to get the same treatment and the same concer- -- courtesy that every other commissioner up there gets.
My map was not even looked at. The one that I

Page 26

1  briefly saw there is not my map.  I see three maps
2  up there.  And I know -- yes, my map was late, but
3  I was supposed to be given the phone number and
4  address for Mr. Spitzer.  And I remembered late
5  Saturday that I had it on my e-mail because no one
6  from Mr. McLean's office sent it to me.  I even
7  spoke to him about it.  I -- I didn't get it.
8      I went ahead and did a map, but now I'm being
9  told, oh, because you didn't get it in in time,
10  it's a combination of three (unintelligible).
11      Is that how we're proceeding?
12      MR. McLEAN:  Mayor --
13      MAYOR DOWDELL:  Go ahead.
14      MR. McLEAN:  If I can just go ahead and say,
15  Ms. Bass -- Commissioner Bass-Prieto, the n- --
16  your map -- and I'd let the consultant speak to why
17  your map was not produced.  I have nothing to do
18  with that.
19      But I will say that --
20      COMMISSIONER BASS:  I'm sorry.  I can't
21  understand you.  You're breaking up.
22      MR. McLEAN:  Okay.  Your -- your map was not
23  produced, but I had nothing to do with that.  That
24  had to do with a timing issue with the consultant.
25      By the way, I've never raised it today,

Page 27

1  anything about whether you got in or -- on time or
2  not, during this meeting.
3      But I did ask the consultant -- because I
4  wanted to make the record complete -- to do two
5  things -- one of which was to bring a copy of your
6  hand-drawn map, which will be made a part of the
7  record.  I have it right here in my hand.  So, it
8  will be made a part of the record.
9      And I believe he also spoke to you -- but I'll
10  let him speak to that -- in giving you the raw
11  numbers as he calculated that -- or -- or did you
12  provide that at all?
13      MR. SPITZER:  I -- I -- I did not.
14      MR. McLEAN:  Okay.
15      MR. SPITZER:  We -- we had an e-mail exchange
16  about her map and, you know, I -- in my mind, I
17  thought it was very similar to some of the other
18  maps that we had received that were hand-drawn.
19  And if they're -- if they're not, you know, we can
20  always make some adjustments, but I do have the
21  data --
22      MR. McLEAN:  Could -- could you read that into
23  the record, please.
24      MR. SPITZER:  -- for -- and this was -- we --
25  we -- we just didn't have time to produce a -- a

Page 28

1  map like the others that we did today, but I did
2  calculate some numbers for the different districts
3  based on my best interpretation of Commissioner
4  Bass' map.  And so, those are as follows.
5      District 1 is 13- -- and I don't have all of
6  the numbers, just the -- the total numbers.
7      MR. McLEAN:  Okay.
8      MR. SPITZER:  District 1 is 1,397 people, or
9  19 percentage points under the mean; District 2 is
10  1,835 people, or 5.8 percentage points over the
11  mean; District 3 is 2,009 people, or 15.9
12  percentage points over the mean; District 4 is
13  1,688 people, or 2.7 percentage points under the
14  mean; and District 5 is 1,743 people, or less --
15  about half a percentage point over the -- the mean.
16      So, it -- you know, three -- I will say this,
17  that -- that three of those districts in this plan
18  are -- are -- are well within acceptable
19  tolerances.  Districts 1 and 3 are not.  And
20  Districts 1 and 3 don't abut each other.
21      And so, when you start to add population to
22  one or take population out of another, you -- you
23  have to do that with other abutting districts.  And
24  it would create -- you know, you have to do an
25  exercise where you create a new map.

Page 29

1      MR. McLEAN:  Okay.  So, what I would like to
2  do is to -- if the -- do you have a --
3      COMMISSIONER SAPP:  I need one.
4      COMMISSIONER HARRIS:  We've got it.
5      MR. McLEAN:  Do you have a copy of it?
6      COMMISSIONER SAPP:  It came out of here.
7      COMMISSIONER HARRIS:  Yeah.
8      MR. McLEAN:  Does she have a copy?
9      COMMISSIONER SAPP:  He has an extra -- do you
10  have an extra one?
11      MR. McLEAN:  Yeah, I do.  I have an extra.
12      I just want to go ahead and make sure that
13  Commissioner Bass-Prieto's hand-drawn map is made a
14  part of the record.  I'll make sure all -- but
15  because of the -- you know, the inferences on it,
16  now, the clerk will come and receive this map.
17      Commissioner Prieto, I hope you can see what
18  is being shown on the -- on the Facebook, if you're
19  watching that or you're watching TV.  It is a map.
20      And I'm going to ask the consultant:  Is this
21  the hand-drawn map for her?
22      MR. SPITZER:  Yes, it is.
23      MR. McLEAN:  Okay.  Would you tender that over
24  to the clerk, please, so she can mark it?
25      COMMISSIONER SAPP:  Mr. -- may I ask --

Page 30

1   MR. McLEAN:  Thank you.
2   MAYOR DOWDELL:  Go ahead.
3   COMMISSIONER SAPP:  Mr. Spitzer, what does
4   this map, the hand-drawn map, have to do with the
5   District 3?  What did you say about the deviation
6   for District 3?
7   MR. SPITZER:  In -- in --
8   COMMISSIONER SAPP:  In this one.
9   MR. SPITZER:  In that map?
10   COMMISSIONER SAPP:  Uh-huh.
11   MR. SPITZER:  District 3's total population is
12   2- -- 2,009, or about 15.9 percentage points over.
13   COMMISSIONER SAPP:  Over --
14   MR. SPITZER:  And -- and with these numbers --
15   let me say that we did this hurriedly and -- this
16   afternoon and -- and I did not have -- you know, we
17   haven't had time to proof these out, but -- but I
18   think they're in the ballpark.
19   Anyway, it was 2,009 people for District 3,
20   15.9 percentage points over.
21   MR. McLEAN:  And just for the record, to make
22   clear, when you say "we," did the city manager's
23   office have anything to do with your tabulation?
24   MR. SPITZER:  No.
25   MR. McLEAN:  Thank you.

Page 31

1   MAYOR DOWDELL:  Okay.  Anything else for
2   Mr. Spitzer?
3   MR. McLEAN:  Mayor, could I ask him one
4   question --
5   MAYOR DOWDELL:  Yes.
6   MR. McLEAN:  -- before you do that?
7   COMMISSIONER BASS:  Hello?
8   MAYOR DOWDELL:  Go ahead, M- -- Manager.
9   MR. McLEAN:  Okay.  The only question is, if
10   you could -- before you go into your -- the Mayor
11   goes into the public hearing, can you summarize and
12   say which -- were any of the alternatives that were
13   given to you new, in and of themselves, as sent to
14   you -- did they meet the criteria?
15   MR. SPITZER:  No.  All of the maps -- the 1A,
16   B, and C -- none of them met criteria nor did
17   the -- the map from Commissioner Bass.  I did not
18   independently check the map from Mr. McMillan, but
19   it was -- it was very similar to Map 4, which does
20   meet the criteria.
21   MR. McLEAN:  Okay.  So, currently, of the maps
22   that meet criteria -- would you identify those maps
23   that meet criteria, from your standpoint?
24   MR. SPITZER:  Well, it's -- it's al- -- it's
25   Alternative 1, 2, 3, or 4 --

Page 32

1   MR. McLEAN:  Okay.
2   MR. SPITZER:  -- which you've seen -- the
3   Commission has seen many times, and those are --
4   they all meet cur- -- criteria.
5   MR. McLEAN:  Thank you.
6   COMMISSIONER SAPP:  Mr. Spitzer, would you
7   elaborate on those criteria a little bit for us?
8   MR. SPITZER:  Sure.  We've -- they've -- the
9   districts should be as nearly equal in population
10   as is possible or practicable.  That means that you
11   try to get each district as close to a -- a zero-
12   percentage-point deviation from the average size.
13   So, if it's, you know, two or three percentage
14   points, that's great, over or under, but the -- in
15   terms of population, the red flag is -- is that, if
16   you have a deviation of 10 percentage points or
17   more between the largest and smallest districts,
18   that is an indication that the -- districts are
19   not as nearly equal in population as is
20   practicable.  That's the first criteria.
21   The second criteria is that you need to draw
22   districts that do not dilute minority voting
23   strength and to preserve communities of -- of
24   interest that vote in a similar fashion.
25   And then, beyond that, there's a -- there's a

Page 33

1   host of several other criteria which we try to
2   follow.  We -- use census blocks because that
3   data is presumed to be correct and they are easily
4   access- -- accessible.  They integrate with a
5   common redistricting software.
6   We try to follow significant man-made or
7   natural boundaries so that the district boundaries
8   are easy to understand for voters.  And all of
9   these maps do that.
10   You try to not split, in this case, city
11   neighborhoods into two different districts, but --
12   but those sorts of things.  All of those are
13   considered in total, but the primary two criteria
14   are equal population, don't dilute mi- -- minority
15   voting strength.
16   COMMISSIONER SAPP:  Thank you.
17   MAYOR DOWDELL:  Okay.  Now, the meeting is now
18   open for public comments.
19   Ms. --
20   COMMISSIONER BASS:  Excuse me, Mayor.  I have
21   some more questions, if at all possible.
22   MAYOR DOWDELL:  We -- we've -- we've opened it
23   up for public comments.  We'll come back to
24   commissioner comment after that.
25   COMMISSIONER BASS:  Okay.  Thank you.

Page 34

1    MAYOR DOWDELL:  All right.  Come on.
2    MS. BAROODY:  Thank you, Mayor.  Thank you
3  Commissioners.
4      I just have a couple of things, questions,
5  ideas, thoughts.  First -- first one is process-
6  related.  I know, at one point, we were talking
7  about having a public committee that would take
8  part.  And I know certain citizens had been asked
9  to possibly serve on this committee.  I'm wondering
10  what happened to that committee.
11     I know this has been a confusing and -- and
12  quick process.  And that brings me to my second
13  point.  I feel like this is a little bit too
14  hurried.  I know we have a deadline because of a
15  looming election that we've already postponed once;
16  however, I feel like, in light of the fact that we
17  have this new District 4 map that not everybody has
18  seen, visually, especially our citizens, that we
19  might want to put that up there for at least a day
20  or two and let them have a look at that before we
21  make a final decision.
22     So, I really do think that it would be
23  important to slow things down just a little bit so
24  that we have utter transparency and maximum
25  participation on the part of our citizens in the

Page 35

1  City of Quincy because this is something that we're
2  going to have to live with forever -- or it will
3  seem like it.
4      Also, I think it's important that we disrupt
5  the districts as little as possible, especially
6  Districts 1 and District 5, who are up for
7  reelection right now.
8      Certainly, we need to revisit the
9  redistricting idea every ten years and make sure
10  that we're apportioned correctly and make sure
11  we're balanced and make sure that everybody has
12  proper representation.  And, certainly, we'll do
13  that again whenever the 2020 census data comes out.
14     But with as little disruption as possible,
15  with this hurried-up job, I think is a good idea,
16  with the idea that we really dig into it next time
17  and see if we have problems and address them then.
18     I think it's important that we keep the
19  incumbents in their districts.  I think that's
20  really important, especially for the seated
21  commissioners.  I think that -- that is important
22  and I think that's achievable.
23     There's so many ways to get apportioned
24  districts.  It's a numbers game.  You can move them
25  around however you need to to make it work.  And I

Page 36

1  think we need to make that work so that the public
2  servants that we have seated right now can continue
3  to do the good work that they're doing.
4      And that's all that I've got.
5      MAYOR DOWDELL:  Okay.  All right.
6  Mr. Consultant, do you need to --
7      MR. McLEAN:  I'm sorry.  We have one question.
8  Did you give the Mayor that one question --
9      MAYOR DOWDELL:  Oh --
10     MR. McLEAN:  -- that was read?
11     Someone actually did phone in and -- again,
12  this time, with a question.
13     COMMISSIONER SAPP:  May -- may I -- may I make
14  a comment?
15     MAYOR DOWDELL:  Yes, ma'am.
16     COMMISSIONER SAPP:  Ms. -- Ms. Baroody, thank
17  you so much for your comments.  I really enjoyed
18  listening to you speak.  I do remember, from my
19  seat, suggestion or making a comment to one -- a
20  former commissioner about a committee -- being on a
21  committee.  I didn't hear anything from that former
22  commissioner until the last week.  So, I didn't
23  feel like that person had an interest in being on a
24  committee.
25     A former commissioner did come up and speak

Page 37

1  with Mr. Spitzer, I believe.  That person had an
2  interest, so -- so, that's where the committee went
3  because we never talked about a committee here.
4  Okay.
5      MAYOR DOWDELL:  Okay.  The question come from
6  Brad Farmer is:  If the only challenger to an
7  incumbent has their address redistrict into another
8  district, does that mean the incumbent in the
9  original district would, then, be running unopposed
10  or is there a provision to have another challenger
11  added before the election date?
12     Who can answer that?
13     MR. McLEAN:  I can.  Your ordinance
14  provides -- and the -- and the Supervisor of
15  Election provides that once you choose a map and
16  submit it by the end of this month, there will be a
17  new period to petition to get on the ballot in the
18  new districts.
19     For everyone who is not living in -- in
20  that -- you know, who is living in that district --
21  and just a reminder, for those who were qualified
22  candidates and they're still in their districts,
23  they do not have to go back out and petition.
24     So, the answer is yes, someone can run in any
25  of the seats that are up for election.  And there's

Page 38

1  a period of time to do that.
2      MAYOR DOWDELL:  Okay.  I don't -- I don't have
3  any more questions.
4      Come on up.
5      MR. MAY:  I would like to make a comment,
6  please.
7      MAYOR DOWDELL:  Come on.
8      MR. MAY:  Or a handful of comments.
9      My name is Richard May.  I live at 331 North
10  Monroe Street.  I've lived there for the last 18
11  years.
12      I want to express my opposition to the
13  proposed changes to the voting districts of the
14  City of Quincy.  You are carrying out important
15  city business that affects thousands of your
16  constituents during a national health emergency
17  where everyone is asked to stay home and avoid
18  public places.
19      Today, in Leon County -- where hundreds, if
20  not thousands, of Quincy residents work each day --
21  were put under a stay-at-home order.  And here we
22  are with 20 people in a public meeting.
23      You have specifically and purposefully moved
24  the dates of an election and rushed the process of
25  redistricting the districts to further your own

Page 39

1  agenda.
2      You are using redistricting to remove
3  challengers from existing commissioners who are
4  running for reelection.  You've chosen to do all of
5  these things in the middle of a 2020 census that is
6  based on ten-year-old data in an effort to expedite
7  your agenda.
8      This has all been done without proper order
9  because a large percentage of the citizens of
10  Quincy cannot come to the meetings to voice their
11  opinions due to the current health crisis.
12      Thank you.
13      MAYOR DOWDELL:  All right.  Thank you, sir.
14      All right.  Any more comments from the
15  audience?
16      All right.  Commissioners, it is our time to
17  debate the alternative plans for us to include in
18  the resolution.  We -- it is our task to narrow the
19  alternative plans down to two.  And tonight, we
20  need to select two alternatives that we can take
21  into consideration for our special meeting that we
22  will have tomorrow.
23      So, Commissioners, is there anything you need
24  to say, or response?
25      COMMISSIONER SAPP:  Yeah, I would like to say

Page 40

1  something, of course.  I've -- I've sat here and
2  I've studied and I've listened and I've heard.  And
3  people, historically, don't like change.  Change
4  ruffles feathers, especially when someone or
5  somebody or groups of people think that they will
6  not get things to the -- to work to their
7  advantage.
8      The whole purpose of redistricting is simply
9  to make sure that populations are roughly equally
10  represented.  And there are challenges to that.
11  Mr. Spitzer -- excuse me -- shared the criteria
12  that we have to look at.
13      I've heard people say we're rushing this
14  and -- and on one side, I see why you say that
15  we're rushing it.  It may feel that way, but we've
16  been talking about this now for months and months
17  and months.
18      It's a coincidence that it's occurring, that
19  we're at this stage now, at the same time that
20  we're going through a national medical emergency.
21  That's not my making or your making, or my
22  colleagues either here or at home.  We understand
23  how serious this is.
24      You know, my district is in the middle of the
25  city.  I'm surrounded by everybody else.  Any way

Page 41

1  you cut the pie, I'm going to have a -- I have a
2  difficult election.  So, I don't understand anybody
3  thinking that someone else does not want an
4  election.  And I hope that's not the -- the
5  pleasure of any of my colleagues at this table.
6      District boundaries have to be redrawn.  We
7  should have done it years ago, 1980, 1990, 2000,
8  2010 -- we should have done it before.
9      Brad Farmer did -- sent a message to my e-mail
10  that was one of the best ones I got -- I got a lot
11  this week.  We got some from Mr. Phillips, some
12  from somebody named Mimi.  I didn't get one from
13  you, Mr. -- Mr. May.  I got one from Brad Farmer.
14      And Brad Farmer's tone and -- and method was
15  very, very, very nice.  And I appreciate your
16  method tonight, Mr. May, because I did not
17  appreciate being called a racist last week, but I
18  do appreciate your comm- -- comments tonight.
19      Mr. Farmer said, he understands we're going to
20  go on with this because it's -- we started.  He
21  said, I understand that.  He said, maybe you can
22  make some adjustments after 2020.
23      All I ask is that you all trust the
24  commissioners that you've elected to make the best
25  decision.  Trust us.  We live here.  We live and

Page 42

1  work in Quincy, too.  We have to see you every day.
2  We have to pass each other every day.  We don't
3  want to do anything to make anyone think that we
4  have hidden agendas.  Nobody.
5      I didn't get the map that Mrs. Bass sent in.
6  As a matter of fact, I didn't even open my e-mails
7  today because I'm so busy in this emergency trying
8  to do what we do best for the city: make sure the
9  children are eating, still passing out food, still
10  passing out lunches and stuff.
11      Then I go back to my job that I'm going in to
12  from 9:00 to 3:00 -- which I really wish I was at
13  home, but I teach school.  As an educator, I had to
14  go to school to make sure that we've got lessons
15  out so the children can do something.
16      When I came in tonight, the attorney shared
17  with me the lockdown -- the Tallahassee is going on
18  lockdown from 11:00 to 5:00 a.m.  Midway is on
19  lockdown.  I know we'll be on lockdown soon, but
20  while we're meeting -- this might be the last face-
21  to-face we have for a while.
22      While we're meeting, we need to get as much
23  taken care of as possible because that phone is not
24  the best way to meet.  It's not the best way to
25  meet.

Page 43

1      Mr. McLean, it was unfortunate that you didn't
2  get us the correct map.  And I -- you know, that's
3  just unfortunate.  Those things happen, but we do
4  have plenty of glass windows outside.  And people
5  may say, what does she want to come look at the
6  glass window for?  It's one way of getting
7  information out to you.
8      We're not rushing anything.  We've been
9  discussing this for weeks, y'all, months.
10      MAYOR DOWDELL:  Months.
11      COMMISSIONER SAPP:  We're not rushing.  Just
12  trust us to do what's right and trust us to ask you
13  to accept what's right.
14      Mr. Spitzer read the demographics for each of
15  the districts and almost each of the maps.  Trust
16  us to do what's right.
17      Thank you.
18      MAYOR DOWDELL:  Okay.  Anybody?
19      COMMISSIONER BASS:  Mayor?
20      MAYOR DOWDELL:  Commissioner Bass.
21      COMMISSIONER BASS:  Yes.  The first question I
22  would like to know is, on this Alternative 4 that
23  you e-mailed me, is that someone's map or is that
24  one you've adjusted?
25      COMMISSIONER SAPP:  Mr. Spitzer.

Page 44

1      MAYOR DOWDELL:  That --
2      MR. SPITZER:  This is Kurt Spitzer.  That's --
3  that is a -- a map that is -- has its basis on
4  suggestions that we've received, but we did adjust
5  them so that the numbers were within acceptable
6  tolerances.
7      COMMISSIONER BASS:  Okay.  And I -- I'd like
8  to voice some of my concerns.  My concerns are
9  that, you know, while we've said we've talked about
10  it and talked about it -- I did not find out until
11  last week that I could even draw a map.  Our
12  citizens were not told at any meeting that they
13  could submit a map.
14      You know, these meetings have been held,
15  special meetings.  They weren't with our regular
16  meetings.  They weren't given very much notice.  I
17  think some of them were just given a few hours'
18  notice.  And then I think the most notice they were
19  given were two.
20      Okay.  I was supposed to be getting an e-mail
21  address that I was not given.  And I could have
22  worked on my map, if I knew it was out, so -- but I
23  wasn't given that opportunity.  I wasn't able to
24  look at -- at maybe where I needed to move this and
25  move that.

Page 45

1      I believe, if we're going to have this
2  process, we need to have everyone's -- and I do
3  take great issue with the fact that three maps are
4  combined and now you're going to hold it up and
5  say, oh, this is it.  Our citizens never got to see
6  Alternative 4 that I see now until you put it on
7  the screen.  And then they can't really look at it.
8      I don't think this process has been open.  I
9  don't think this process has been fair.  I think
10  that we have rushed it.  We have done this during a
11  pandemic.  Our citizens -- look at the number of
12  citizens in the audience.  There's very few.  And
13  our citizens -- these maps -- the alternatives just
14  went up today.
15      We have a meeting at 4:00 when a lot of people
16  are at work.  And the 4:00 hour -- I don't know who
17  chose that.  I wasn't -- I wasn't even asked.  I
18  was just given a five-hour notice that we were
19  having a workshop on this.
20      And to do it so rushed, so quickly -- and
21  Mr. Spitzer, himself, has said time and time again,
22  he's never done one this quickly; this isn't how
23  it's usually done; that he's never done one this
24  quickly.  This isn't how it's u- -- not how it's
25  usually done.

Page 46

1    So, to say that we've spent all this time on
2  meetings -- we actually haven't.  And the most
3  important voice that we should be listening to
4  are -- is our citizens, and our citizens haven't
5  been given an opportunity.
6    And as a commissioner, I can't understand how
7  Alternative 4 turns into a map that looks almost
8  like 1A, 1B, 1C.  I -- I don't understand that and
9  how it could be sent out and how it could put on
10 our website.  It's there and only changed, once
11 again, during the meeting.
12    This is not the way to have open government.
13 This is not the way to involve our citizens.  And
14 this is not the way to work with your
15 commissioners, when we're told we'll get numbers,
16 when we're told we'll get e-mail addresses, and
17 then we don't.
18    And then we're told, oh, well, I didn't have
19 time.  Oh, now I'm going to give you your numbers
20 in the middle of the meeting.  I can't see those
21 numbers.  He's reading them out, but I can't see
22 them and (unintelligible) time to actually look at
23 what's going on in the meeting.
24    I just feel this whole process is one, being
25 rushed; two, has not been open to our citizens, has

Page 47

1  not taken their interest at heart; and, three, as
2  the commissioner who has a health -- health issue
3  that cannot come to those meetings, I have -- I
4  have been -- you know, I e-mailed this morning.  I
5  was told that he didn't have time to run my
6  numbers.  Okay.  That's what I got back.  I did not
7  know this Alternative 4 even existed.  And, you
8  know, to say, well, that -- that just happens -- I
9  don't think that's acceptable.
10    I don't think we need to move forward.  I
11 think we need to slow this process down, get our
12 citizens involved in this.  I know we're rushing
13 for that June 8th date, but I think rushing is
14 going to put a wedge in this community that -- like
15 has never been before and a lot of people are going
16 to feel as if they had no input.  And that is not
17 what government is about.
18    Our government needs to be open.  It needs to
19 be out there for our citizens to be able to
20 comment, come in and look at these maps, and not be
21 asked to, you know -- to watch on Facebook or watch
22 on Comcast when a lot of people don't have
23 internet.  A lot of people don't have cable TV.
24 So, we're not even including them.
25    And it just seems that everything we're doing

Page 48

1  is pushing more and more people further away and
2  not -- and pushing us further away from open
3  government.
4    And I continuously hear about how long it's
5  been.  Well, we've got --
6    COMMISSIONER SAPP:  She's repeating herself.
7    COMMISSIONER BASS:  -- been up there, 22
8  years, ten years, where -- you know, don't rush it
9  now because it hadn't been handled before.
10    We need to have our citizens involved and we
11 need to have every commissioner have the same
12 opportunity as the other ones to look at all the
13 maps and the correct maps, and our citizens to look
14 at all the maps and the correct maps and that they
15 be told that they can submit maps.
16    That -- that is one of the biggest things that
17 I think that really frustrates me about this
18 process.  I met with Mr. Spitzer.  He never told me
19 I could draw a map.  No one told me I could draw a
20 map --
21    COMMISSIONER SAPP:  Commissioner --
22    COMMISSIONER BASS:  -- until last week.
23    COMMISSIONER SAPP:  -- she's repeating
24 herself.
25    COMMISSIONER BASS:  That limited my time and

Page 49

1  my ability to -- to input a map and to be able to
2  adjust it if my numbers were off.
3    And I just think we need to slow this process
4  down.  I think we -- we've upset our community
5  highly, and we're going to continue to upset our
6  community if we choose a map today without them
7  even being able to see all of them.
8    Thank you.
9    MAYOR DOWDELL:  All right.
10    COMMISSIONER McMILLAN:  Mayor.
11    MAYOR DOWDELL:  Commissioner McMillan.
12    COMMISSIONER McMILLAN:  Yes, I -- I've got
13 something to say similar to Commissioner Bass-
14 Prieto.  I feel as if we are not involved here, the
15 way we're coming at this.  The redistricting -- the
16 process is, you know, to remove the politics from
17 it, and it should be community-involved.  And I
18 don't feel like we've -- we've even made an attempt
19 to do that.
20    We've had meetings during the pandemic --
21 which I understand everybody's belief that we have
22 to keep moving forward and keep having meetings.
23 And I agree, for very important -- for important
24 things, we -- we definitely do, but having
25 4:00 meetings with very little notice -- it's very

Page 50

1   suspect when it comes to looking for community
2   involvement.
3       It's not -- it's not very inclusive of our
4   community, especially when, two days prior, we sent
5   out a notice saying, everybody stay home and no
6   groups more than ten.  It -- it feels to me like we
7   are not including the community.
8       And also, you know, I object to any map that
9   would ex- -- exclude any sitting commissioner and
10  would also benefit any commissioner in removing the
11  public.  And that's where I stand.
12      Thank you.
13      MAYOR DOWDELL:  All right.  Thank you, sir.
14      All right.  Commissioner, we are now at the
15  point where we either adopt a resolution about
16  which map are we going to consider.
17      COMMISSIONER HARRIS:  Question -- questions,
18  Mayor.
19      MAYOR DOWDELL:  Okay.  Commissioner Harris.
20      COMMISSIONER McMILLAN:  Mayor, please.
21      MAYOR DOWDELL:  Go ahead -- go ahead,
22  Commissioner McMillan.
23      COMMISSIONER McMILLAN:  Also, in our last
24  meeting, it was brought to our attention that -- or
25  it was told to us by Mr. Spitzer and -- and I

Page 51

1   believe our attorney that we do not have to -- or
2   that we -- it's an optional way for us to include
3   the prison numbers.  And never, in any of this
4   process, have I seen them excluded from any map.
5       So, I would also like to see a map that
6   includes removing the prison population, which is
7   generally people who are not Gadsden County
8   residents in the prison.
9       Now, again, you know, you can make argument
10  that some of the jail people would be, but even
11  that, probably not in that district, but to remove
12  the prison and the jail, I -- I feel like we should
13  have looked at maps that included removal.  It is
14  an option, again, that is not something that we had
15  to do (unintelligible).
16      Thank you.
17      MAYOR DOWDELL:  All right.  Thank you, sir.
18      Commissioner Harris?
19      COMMISSIONER BASS:  Mayor Dowdell?
20      MAYOR DOWDELL:  Hold on.
21      COMMISSIONER HARRIS:  No, get to the phone --
22  the phone.
23      MAYOR DOWDELL:  Commissioner -- Commissioner
24  Bass?
25      COMMISSIONER BASS:  Yes, this -- I -- I -- I

Page 52

1   agree with Commissioner McMillan that that's
2   another -- another thing that has not been done,
3   but there's also another issue that has not
4   actually ever been answered.
5       I've been addressing it with the consultant,
6   but we received -- as commissioners, we received
7   two sets of numbers, one from the first consultant
8   and then from -- from Mr. Spitzer.
9       The first set of numbers was 677 persons less
10  than the second set of numbers that we had.  I have
11  tried to ascertain exactly what Quincy's population
12  is and gone to the U.S. Census and looked at their
13  estimates.  And their estimates actually are lower,
14  a lot lower than either one of -- of the two
15  consultants.
16      But there's a 660- -- 677-person discrepancy.
17  And that is a very large number.  Actually, I think
18  it turns out, like, to be a 8.47-percent
19  discrepancy.  And I don't know, you know, who --
20  who is going to answer, but, you know, we did pay
21  the first consultant and now we're paying
22  Mr. Spitzer, but we're getting a large variation.
23      And I -- you know, as a commissioner, when
24  looking at these maps and looking at -- at the
25  total number and the deviations, I -- I need to

Page 53

1   feel that we've got the most-appropriate numbers
2   that we can possibly get.  And I need to -- you
3   know, some kind of explanation -- not something,
4   well, maybe, possibly, this could or that could
5   have been, why these numbers vary so greatly.
6       Thank you.
7       MAYOR DOWDELL:  Commissioner Harris.
8       COMMISSIONER HARRIS:  Thank you.  Thank you,
9   Mayor.
10      I just want to make sure we're clear on the
11  instructions on what you're asking us to do.
12  You're asking us to adopt a resolution and to
13  narrow down the plans that are within the legal
14  realm, within the -- the 10- -- 10-percentage point
15  margin.  So, we're going to -- you're asking us to
16  choose and narrow it down to two.
17      MAYOR DOWDELL:  Right.
18      COMMISSIONER HARRIS:  And the question that
19  I'm asking is:  Once we narrow it down to two, are
20  we locked into those two plans as drawn or -- or
21  are we going to go back and revisit those?
22      MAYOR DOWDELL:  I think that's a question for
23  the attorney.
24      COMMISSIONER HARRIS:  Can -- can we go back
25  and revisit those?

Page 54

1    MR. McLEAN:  I think, in talking to the
2  consultant --
3    COMMISSIONER HARRIS:  And let me -- let me --
4  can I finish why I'm asking that question?  Because
5  I think, in most of the -- well, in all of the
6  plans that the consultant has given us, we are well
7  within the -- and I want to make sure I say this
8  right, the 10- -- 10-point -- 10-percentage-
9  point --
10    MR. SPITZER:  Correct.
11    COMMISSIONER HARRIS:  Right.  We're well
12  within that.  So, there's room to not divide
13  neighborhoods, per se, if we don't necessarily have
14  to.  And what I'm saying is that we can play around
15  with that 10 percent to make sure we keep
16  neighborhoods cohesive and not necessarily split a
17  neighborhood completely in half, like I see in some
18  of the plans, the population -- and I get why
19  they're split because it makes the numbers match
20  up, but if we have a -- a 10-percentage-point
21  margin to play with, I would like to see us try to
22  keep neighborhoods together.
23    And I think commissioners would -- would like
24  to see that as well.
25    MR. SPITZER:  Sure.

Page 55

1    COMMISSIONER HARRIS:  So -- so, the -- the
2  follow-up -- so, the question I'm asking is:  Once
3  we choose the two or once we narrow it down to two,
4  will we have room to make those minor adjustments
5  within the -- the ten-point margin?
6    MR. SPITZER:  Well, I -- I think the short
7  answer is:  Yes, but.  And -- and the -- it depends
8  on the -- the variations of where you might want to
9  move and whether or not -- that's the wrong
10  software -- and whether or not you -- how the
11  blocks are configured and in an -- in an abutting
12  line that you want to move and how many people live
13  in that block and things like that.
14    So, I think you can -- you can certainly make
15  minor adjustments to any of these plans,
16  recognizing that if you -- if you move, you know,
17  one block from District A to District B, that might
18  be okay to do that, within tolerances, but if you
19  make some more significant changes, then it's --
20    COMMISSIONER HARRIS:  I don't -- want to ask
21  you this question.  I don't know if I've asked you
22  this before -- and you may have already answered
23  it -- we're using the census blocks.  And as we've
24  kind of seen, as you finagle the software, those
25  census blocks are drawn kind of -- some of them are

Page 56

1  just drawn arbitrarily, looked like, to me.
2    Are we allowed to adjust those blocks to make
3  them more cohesive to the -- I mean, can we adjust
4  those numbers within the block?  For example, there
5  was one neighborhood where it kind of -- it kind of
6  carved out a street and put in a block somewhere
7  else.
8    Are we able to make those adjustments within
9  the census block or are we confined to those blocks
10  as they are presented on your map?
11    MR. SPITZER:  Yeah, you -- you are not
12  confined to those blocks.  They are -- are -- but
13  when you use the blocks, the numbers are
14  presumed --
15    COMMISSIONER HARRIS:  Oh, okay.
16    MR. SPITZER:  -- to be correct; how- --
17  however, you can split blocks.  It's -- we -- you
18  try to shy away from that, but you can split
19  blocks.
20    Then the question is:  If a block had a
21  hundred people in it, and you split it, is it 50/50
22  or is it 70/30?  Is it 90/10?  You know, it
23  takes -- it takes some work to -- to do that.
24    And, in fact -- by the way, I failed to
25  mention this, but in -- in two of the

Page 57

1  Alternative 1A, B, and C plans, they -- they did
2  split blocks.  And so, you know, we just -- they're
3  all so far out of alignment that we just split it
4  and just arbitrarily put half in one and half in
5  another.
6    But yes, you could do that.  It -- it's a
7  little bit more tricky.  And if -- I don't know
8  what the time line is for the City Commission to
9  approve this, but if you want to split something,
10  you need to tell us, perhaps, tonight, what you
11  want to -- want to do.
12    COMMISSIONER SAPP:  Mr. -- question.
13    MAYOR DOWDELL:  Are you done?
14    COMMISSIONER HARRIS:  I'm done.  Thank you.
15    COMMISSIONER SAPP:  Back to your total
16  population in 2010, Mr. Spitzer, you had 8,672 as
17  opposed to 7,972 from the 2010 census counts.  And
18  I think that's a difference of about 700 people.
19  Would that be the population -- where?
20    MR. SPITZER:  Those are from -- the other work
21  that was done?
22    COMMISSIONER SAPP:  No, this was something I
23  pulled off the internet that --
24    MR. SPITZER:  I -- I would have to look at it.
25  I can't --

Page 58

1  COMMISSIONER SAPP:  Okay.  I mean, I got it
2  off two sources.
3  MR. McLEAN:  Commissioner?
4  COMMISSIONER SAPP:  Uh-huh.
5  MR. McLEAN:  I'm not sure what you were
6  looking at, but Commissioner Bass-Prieto asked the
7  question in terms of the comparison between what, I
8  guess it was, KMR did, their numbers --
9  COMMISSIONER SAPP:  Uh-huh.
10  MR. McLEAN:  -- and KSA.  And I thought we had
11  some dialogue -- and I provided you some
12  information that I think would be helpful to share.
13  MR. SPITZER:  Well, I think that -- I don't
14  know where KMR got their numbers, but -- but in
15  just looking at the map that they had provided to
16  you, that -- that was not the current district.
17  The -- not the current municipal boundaries.  And
18  so, there's -- there's one factor there.
19  Beyond that, I don't know, but I mean, the --
20  the area to the west of the city was not included,
21  and the area of -- part of the area to the south of
22  the city was not included in that map.  So, that
23  could be part of it.  There -- I don't know what --
24  why the rest of it was --
25  COMMISSIONER SAPP:  Okay.

Page 59

1  MR. SPITZER:  -- different.
2  MR. McLEAN:  Did that include the prison
3  population?
4  MR. SPITZER:  I --
5  MR. McLEAN:  Do you know?
6  MR. SPITZER:  I -- I think it did, but I don't
7  know.
8  MR. McLEAN:  Okay.
9  COMMISSIONER SAPP:  And this is --
10  MR. McLEAN:  Do you know --
11  COMMISSIONER SAPP:  And I'm looking at the
12  United States Census Bureau quick fact, Quincy
13  City --
14  MR. McLEAN:  Yeah.
15  COMMISSIONER SAPP:  -- of Florida, Census
16  viewer maps, so -- and it might have been an
17  estimate, but those were the two -- the number that
18  it had on both of those was 7,972.
19  MR. McLEAN:  Yeah, I've seen those numbers,
20  too, in the past.  And it's -- I will say I've
21  learned -- I've seen, looking at it on the
22  internet, when you pull data like that --
23  COMMISSIONER SAPP:  Uh-huh.
24  MR. McLEAN:  -- it's hard sometimes to
25  validate --

Page 60

1  COMMISSIONER SAPP:  Right.
2  MR. McLEAN:  -- what it is.
3  But I do want to indicate, for the record,
4  since, you know, we're kind of looking at the
5  record here, is that, in terms of what KMR produced
6  in the materials that were supplied -- and I sent
7  that over to the consultant -- they addressed the
8  issues of the population or what they were
9  considering at the time.
10  And their -- their annexation is stopped short
11  of not including what you were talking about, the
12  2015 annexations.  And I think that's the
13  different -- but the -- the different -- the
14  commission district lines that were changed, but
15  you continued to annex, okay, within that.
16  And so, that -- that is the difference, in
17  large part, I believe, is if that -- that
18  annexation and the map reflects that did not
19  include.
20  MR. SPITZER:  That -- that's -- that's
21  certainly -- that has to be part of it.  I -- but
22  I -- I don't know how their numbers were right up
23  to start.
24  MR. McLEAN:  But --
25  MR. SPITZER:  But in the -- in the -- I did

Page 61

1  see a Power- -- a copy of the PowerPoint that they
2  presented to you, maybe back in November of this
3  year.
4  COMMISSIONER SAPP:  Yeah, I (unintelligible).
5  MR. SPITZER:  And it showed black, white, and
6  Hispanic population in a total.  I don't know if it
7  included "other" people or not, but remember,
8  Hispanic is an ethnicity, not a race.  And so,
9  that -- you know, Hispanic is not added into
10  these -- these total numbers here.  It's black,
11  white, other.  That's how you get to your total
12  population.
13  Whether or not they -- I don't know how they
14  calculated their -- their totals.
15  MAYOR DOWDELL:  All right.
16  MR. McLEAN:  Are you confident in your totals?
17  MR. SPITZER:  Yes.
18  MR. McLEAN:  Okay.
19  MAYOR DOWDELL:  All right.  Okay.  We're at
20  the point now where --
21  COMMISSIONER BASS:  Mayor, may I interject?
22  MAYOR DOWDELL:  Commissioner Bass.
23  COMMISSIONER BASS:  Yes.  I'm looking at the
24  U.S. Census, the pop- -- population estimate for
25  July 1, 2018.  The City of Quincy is 7200- -- 335.

Page 62

1    That -- that's 1400 less than what we have.
2        And I just have this question: It's -- you
3    know, it was -- it was at the Mayor's direction
4    that Mr. McLean went out and hired the first
5    consultant.  And our citizens paid $10,000 for that
6    information.
7        Am I hearing correctly that they did not do it
8    right, and that we were given wrong numbers?
9        COMMISSIONER SAPP:  I guess so.
10       MR. McLEAN:  But -- but if I'm to answer the
11   question, I would say, no, that's not correct.
12   What they did was to do a preliminary assessment to
13   determine if you needed to even go further because
14   they were looking at just determining
15   malapportionment.
16       Their second phase of it -- which, you know,
17   the Commission made a decision to go out on the
18   market and look at it -- was much more deeper
19   drive, much more detailed.
20       So, their scope was very, very limited, was at
21   a level to go back and say, do you need to even
22   consider reapportionment to redistrict.  And their
23   information concluded that -- that we should, the
24   city should.  And actually, Mr. Spitzer's work has
25   confirmed that.

Page 63

1        MAYOR DOWDELL:  Okay.  Commissioners, we're
2    now at the point where we are to adopt Resolution
3    No. 1406-2020 with the selected alternative map,
4    so --
5        COMMISSIONER HARRIS:  Which --
6        MAYOR DOWDELL:  What's your will and pleasure?
7        MR. McLEAN:  The only thing is you select a
8    map -- I was waiting for Mr. Spitzer.  He kind of
9    said that -- Spitzer said that, but what- --
10   whatever maps or two maps you select, Mayor --
11       MAYOR DOWDELL:  Yeah, I --
12       MR. McLEAN:  -- if you have any comments or
13   adjustments that you want to see, then you want
14   to -- he said tell them tonight.
15       MR. SPITZER:  Well, I don't know what your
16   time line is, but I -- if -- I thought -- I thought
17   I heard another meeting tomorrow.  So, I need to
18   know -- you know, if you want to see some changes
19   by tomorrow, we need to know pretty quickly.
20       COMMISSIONER SAPP:  Thursday.
21   (Unintelligible.)
22       MAYOR DOWDELL:  Now, when I said maps, I mean
23   maps with an "S."  You can choose one.  You can
24   choose two.
25       MR. SPITZER:  Sure.

Page 64

1        MAYOR DOWDELL:  You can choose however many
2    you want.
3        COMMISSIONER HARRIS:  So -- so, we're adopting
4    a resolution and, along with the resolution, we're
5    going to adopt tentative maps to go along with that
6    resolution; is what you're saying?
7        MAYOR DOWDELL:  Yes.
8        COMMISSIONER HARRIS:  Okay.  But the work
9    continues on these maps.
10       COMMISSIONER SAPP:  Uh-huh.
11       MAYOR DOWDELL:  Yeah.
12       COMMISSIONER HARRIS:  Okay.
13       MAYOR DOWDELL:  Yeah.
14       COMMISSIONER HARRIS:  I gotcha.
15       COMMISSIONER SAPP:  Mayor --
16   (Simultaneous speakers.)
17       COMMISSIONER SAPP:  And first of all,
18   Mr. Spitzer, thank you so much for the maps.
19       Now, you said, Alternative 1A, 1B, 1C, did not
20   meet the criteria, right?
21       MR. SPITZER:  No, ma'am, they're -- they're --
22   well, not only do they not, they're -- they're --
23   they're very far- --
24       COMMISSIONER SAPP:  Okay.
25       MR. SPITZER:  -- removed from being close.

Page 65

1        COMMISSIONER SAPP:  And just for the record,
2    Mr. Spitzer didn't -- I didn't ask Mr. Spitzer if I
3    could submit a map.  I felt like it was my duty, as
4    a commissioner, to offer him --
5        COMMISSIONER HARRIS:  Right.
6        COMMISSIONER SAPP:  -- some suggestion because
7    I didn't like some of the maps that I saw.  So,
8    that's how I came to give you a -- a suggested map
9    last week.  Now, I didn't ask you if I could do
10   that, but I did.
11       MR. SPITZER:  Right.
12       COMMISSIONER HARRIS:  Well, that was -- that
13   was the purpose of the -- of the workshop, I
14   thought, was that we were here to offer
15   suggestions; am I correct?
16       MR. McLEAN:  Thank you, Mayor Pro Tem.
17       COMMISSIONER HARRIS:  Uh-huh.
18       MR. McLEAN:  Yes, sir.  Staff has been
19   recommending maps from the public.  In fact, it was
20   kind of written into -- into the initial RFP that
21   went out about having the public having an
22   opportunity to submit maps.  It was actually kind
23   of mentioned in the workshop and told to folks that
24   they could do it.  I mentioned it at the last
25   workshop that people could do it, as a reminder of

Page 66

1  that, so --
2      COMMISSIONER SAPP:  Okay.
3      MR. McLEAN:  Yes, sir.
4      MAYOR DOWDELL:  All right.  What's your will
5  and pleasure?
6      COMMISSIONER HARRIS:  Mr. Mayor.
7      MAYOR DOWDELL:  Commissioner Harris.
8      COMMISSIONER HARRIS:  I would like to offer a
9  motion that we adopt Resolution No. 1406-2020, the
10 redistricting plan -- plan with -- to take into
11 consideration Redistricting Plan Alternative 1 and
12 possibly 3, tentatively.
13     MAYOR DOWDELL:  Okay.  There's been a motion
14 made.  Waiting on the second.
15     COMMISSIONER SAPP:  I -- one and three?
16     COMMISSIONER HARRIS:  Can I just -- can I --
17 can I adjust my motion?
18     MAYOR DOWDELL:  Yeah.
19     COMMISSIONER HARRIS:  I kept hearing you say
20 two.
21     COMMISSIONER SAPP:  -- three --
22     COMMISSIONER HARRIS:  And I said three for
23 lesser -- for just --
24     MAYOR DOWDELL:  I mean, I didn't --
25     COMMISSIONER HARRIS:  No.  No, I understand.

Page 67

1  I want to -- I want to -- I want to eliminate
2  Alternative 3 and -- and let's take Alternative 1
3  into consideration with -- with further discussion.
4      COMMISSIONER SAPP:  One and --
5      COMMISSIONER HARRIS:  Just one.  For me, just
6  one, but if any commissioner is willing to consider
7  another one, I will amend the motion --
8      COMMISSIONER SAPP:  If you will --
9      COMMISSIONER HARRIS:  -- for consideration.
10     COMMISSIONER SAPP:  -- amend the motion to
11 include four, then I'll --
12     COMMISSIONER HARRIS:  Four?
13     COMMISSIONER SAPP:  Uh-huh.
14     COMMISSIONER HARRIS:  Okay.  So, let me -- let
15 me restate that motion.  Offer a motion --
16     COMMISSIONER SAPP:  Changes --
17     COMMISSIONER HARRIS:  -- that we adopt
18 resolution change -- we adopt Resolution 1406-2020,
19 redistricting plan, to consider Alternative Plan 1
20 and 4, as presented here -- correct?  Okay.
21     COMMISSIONER SAPP:  Second.
22     MAYOR DOWDELL:  Okay.  It's been properly
23 moved and second that we adopt Resolution
24 No. 1406-2020 with Alternative Map 1 and 4.
25     Those in favor of the mo- --

Page 68

1  COMMISSIONER HARRIS:  -- clerk.
2  MAYOR DOWDELL:  Clerk?
3  THE CLERK:  Commissioner McMillan.
4  COMMISSIONER McMILLAN:  No.
5  THE CLERK:  Commissioner Harris.
6  COMMISSIONER HARRIS:  Yes.
7  THE CLERK:  Commissioner Sapp?
8  COMMISSIONER SAPP:  Yes.
9  THE CLERK:  Commissioner Bass-Prieto.
10 MAYOR DOWDELL:  Commissioner Bass.
11 THE CLERK:  Commissioner Bass-Prieto.
12 COMMISSIONER BASS:  No.
13 THE CLERK:  Mayor Dowdell?
14 MAYOR DOWDELL:  Yes.
15 All right.  Motion carries, three-two.
16 All right.  Moving on to the next item --
17 COMMISSIONER SAPP:  Mayor, I have a question.
18 MAYOR DOWDELL:  Okay.
19 COMMISSIONER SAPP:  Mr. Spitzer -- we're
20 allowed to give Mr. Spitzer suggestions like we did
21 before?
22 MAYOR DOWDELL:  Yes.
23 COMMISSIONER SAPP:  You said why not, huh?
24 (Laughter.)
25 COMMISSIONER HARRIS:  How would you like us --

Page 69

1  (Simultaneous speakers.)
2      COMMISSIONER HARRIS:  -- end of the meeting
3  okay or --
4      MR. McLEAN:  Yeah, if you could give them at
5  the end of the meeting, make sure you have --
6      COMMISSIONER SAPP:  Is tomorrow --
7      MR. McLEAN:  It would be good to put it --
8  hmm?
9      COMMISSIONER SAPP:  Will he be ready tomorrow
10 or do you need another day?
11     MR. SPITZER:  I think I could be ready
12 tomorrow.  I mean, as -- as long as they're --
13 they're --
14     COMMISSIONER SAPP:  Okay.
15     MR. SPITZER:  -- tweaks, they're -- we can --
16 we can do that -- by tomorrow evening, right?  Yes.
17     MR. McLEAN:  So, if you have tweaks, if you
18 would -- Mayor, if you would -- this way, send --
19 you can send directly -- give them to me.  That may
20 be the better way to do it and -- and see if you
21 can get them over to him -- or however you want to
22 do it -- you want to give them directly to him?
23     COMMISSIONER SAPP:  Humor me, please.
24     MR. McLEAN:  Yes.
25     COMMISSIONER SAPP:  Let's -- if you don't

Page 70

1 mind, can we adjust the meeting from tomorrow to
2 Thursday?
3     MAYOR DOWDELL:  Yes.
4     MR. McLEAN:  I -- I --
5     COMMISSIONER SAPP:  And that way, Mr. Spitzer
6 will not be rushed to make the --
7     MR. SPITZER:  Sure.
8     MR. McLEAN:  Okay.
9     COMMISSIONER SAPP:  -- tweaks that we suggest.
10    MR. McLEAN:  Okay.
11    COMMISSIONER SAPP:  And it will also give your
12 public time to come up and see any changes.  That
13 gives staff time to send out the correct maps and
14 everything so people won't think that we're rushing
15 this because I'm not rushing anything down
16 anybody's throat.  I would like to be home, too,
17 but I -- you know, I'm going home.
18    COMMISSIONER HARRIS:  Okay.  I'm okay with
19 Thursday.
20    MAYOR DOWDELL:  Commissioner Bass and
21 Commissioner McMillan, they are considering moving
22 the meeting to -- Thursday?
23    MR. McLEAN:  Uh-huh.
24    MAYOR DOWDELL:  Is that okay?
25    COMMISSIONER McMILLAN:  It's certainly better

Page 71

1 than Wednesday, for me, but today is the first I've
2 heard of that.
3     MAYOR DOWDELL:  Okay.
4     COMMISSIONER BASS:  Me, too.  I --
5     COMMISSIONER SAPP:  Okay.
6     MAYOR DOWDELL:  Okay.
7     COMMISSIONER BASS:  No one has given me any
8 notice that we were having another meeting.  When
9 did that happen?
10    MAYOR DOWDELL:  Just now.
11    COMMISSIONER BASS:  Just now.  Okay.
12    MAYOR DOWDELL:  Yes, ma'am.
13    All right.  So, the meeting will happen
14 Thursday.
15    MR. SPITZER:  Thursday.
16    COMMISSIONER SAPP:  What time?
17    MR. McLEAN:  What -- what time?
18    COMMISSIONER HARRIS:  6:00.
19    MAYOR DOWDELL:  6:00.
20    COMMISSIONER HARRIS:  5:00.
21    COMMISSIONER SAPP:  5:00 will work.
22    MAYOR DOWDELL:  Y'all are killing me.
23    COMMISSIONER SAPP:  Is 5:00 good with the two
24 commissioners not here?
25    COMMISSIONER HARRIS:  Yes.

Page 72

1     MAYOR DOWDELL:  I've got to go to work.
2     COMMISSIONER SAPP:  You've got something --
3     MAYOR DOWDELL:  I work.
4     COMMISSIONER SAPP:  I do, too.
5     (Simultaneous speakers.)
6     MR. McLEAN:  Okay.  I know.  I know.  I
7 understand.
8     Can you do it at 5:00?  Do you want --
9     MAYOR DOWDELL:  What- --- whatever time y'all
10 set.  I'm -- I'm at y'all's will and pleasure.
11    MR. McLEAN:  5:00.  5:00.
12    MAYOR DOWDELL:  Whatever.
13    COMMISSIONER HARRIS:  Poll the commissioners?
14    MAYOR DOWDELL:  Commissioners, can y'all meet
15 at 5:00?
16    COMMISSIONER McMILLAN:  6:00 works better for
17 me, but I may do -- however.
18    COMMISSIONER HARRIS:  We can do 6:00.
19    MAYOR DOWDELL:  Okay.  What do you -- 4:00?
20 5:00?  6:00?
21    COMMISSIONER SAPP:  I can't do a 4:00 meeting.
22 I can do a 5:00 or 6:00.
23    COMMISSIONER HARRIS:  6:00 is fine.
24    MAYOR DOWDELL:  But you have --
25    COMMISSIONER HARRIS:  You have -- 5:00.

Page 73

1     COMMISSIONER SAPP:  Is good -- 5:00 good for
2 you?  I know --
3     MAYOR DOWDELL:  Yeah, I -- the whole day --
4 the whole day ain't good for me, but I'll be here.
5     Okay.  We're looking at 5:00?
6     COMMISSIONER SAPP:  Just -- just --
7     MR. McLEAN:  Yes, sir.
8     MAYOR DOWDELL:  All right.  At 5:00?
9     MR. McLEAN:  Yes, sir.
10    MAYOR DOWDELL:  All right.  Moving on, Item
11 No. 4 --
12    MR. McLEAN:  Mayor?
13    MAYOR DOWDELL:  Yes.
14    MR. McLEAN:  Can we continue this item for
15 further discussion?  I would -- I would suggest
16 that we continue -- well, it's Thursday, though,
17 right?
18    MAYOR DOWDELL:  Yes.
19    MR. McLEAN:  Okay.  We have no -- no problem.
20 I was going to suggest, if we just continue the
21 item, the meeting, to fully address this item until
22 Thursday -- that's a thing to do it -- on it
23 because everybody now know about it.
24    We can just talk about trying to have a
25 special meeting, give that notice, if we can, but

Page 74

1  you know, if you finish all your other items and
2  continue the meeting to take up this last item, you
3  know, that would -- you tell me how you want on --
4      COMMISSIONER HARRIS:  On Thursday.
5      MR. McLEAN:  Thursday.
6      COMMISSIONER HARRIS:  This will come back on
7  the agenda before us.
8      MR. McLEAN:  Yes, it will be a continuation of
9  this meeting to complete it.
10     COMMISSIONER HARRIS:  Okay.  Okay.
11     MAYOR DOWDELL:  All right.  Moving on to Item
12  No. 4.
13     (Agenda item concluded and, before conclusion
14  of the meeting, the following discussion was held
15  in reference to the item.)
16     MAYOR DOWDELL:  Commissioner Bass?
17     COMMISSIONER BASS:  Yes.
18     MAYOR DOWDELL:  Okay.
19     COMMISSIONER BASS:  I have -- first of all, I
20  would like to reiterate my objection to the
21  redistricting adopting of a plan and --
22     COMMISSIONER SAPP:  Oh.
23     COMMISSIONER BASS:  And let you know that this
24  is very -- this is not a way to handle a meeting.
25  I cannot hear a third to half of what's being said.

Page 75

1  So, I find it very difficult to -- to, you know,
2  address issues or even understand what's being said
3  to me.
4      Secondly, I have spoken with Mr. McLean.  I
5  think it's imperative that, at this juncture, we
6  look at ways that we can -- can splice our budget
7  because all the forecasters are saying that we
8  are go- -- this country is more than likely going
9  into a recession.  I -- I don't want to see people
10  being laid off.  So, I would like to see us have a
11  plan of action for one months, two months, six
12  months down the line.
13     If we go into a recession, like we did in
14  2008 -- you know, it took us ten years to get out
15  of that one.  I think it would be prudent that we
16  look now at places that we could save money, things
17  that haven't been spent that aren't -- non-
18  essential -- to hold on to that money until we see
19  what comes out of the back side of this epidemic.
20     Thirdly, I would like to say thank you to
21  the -- Ms. Hazel, Mary, and Sarah, and Lizzy
22  Stickard, Dee Steadman (phonetic) for feeding the
23  children in the park at Shaw Quarters.  They're
24  appreciate them stepping up to the plate.  They're
25  always there -- they're always there for their

Page 76

1  community.  And I do see them.  And I really do
2  appreciate all the help.
3      And I do have some constituents that have some
4  concerns.  Ms. Sapp on King Street is concerned
5  about her ditch being blocked up from the recent
6  AT&T fiber optic cable.  They came in and they
7  blocked her ditch.
8      I also have a concern from a citizen on Dezell
9  Street that they could not see when they come --
10  when the traffic pulls out to Adams Street.  There
11  are bushes and vegetation that block your view
12  because of the hill.
13     And the rate of travel that people go up and
14  down Adams Street -- it's very difficult to get out
15  of that -- out of that neighborhood without pulling
16  out into the road to try to see.
17     And I also had a constituent call me about a
18  problem at the Boy Scout Center where they turned
19  and, I guess, the -- the curb kind of -- the drain
20  kind of sticks out, and it -- it tore up their
21  tire.
22     And then, the last thing that I would like to
23  say is I do appreciate the sod being put down, but
24  it's not adhered, and it's already started to wash
25  down the hill.  That's from the AT&T damage.

Page 77

1      And finally, I just think we have to find a
2  better way -- because this could go on for a long
3  time -- that I can -- I can participate in these
4  meetings and I can actually hear what's being said.
5      And lastly, I -- I think that getting stuff
6  during the meeting is just totally, totally
7  inadequate.  I cannot be expected to look at
8  something and -- and -- that I receive in the
9  middle of the meeting, listen to the meeting, and
10  then try to watch what's going on on Facebook all
11  at the same time.  That is not making
12  accommodations.  And we need to be better at that.
13     We also need to be bett- -- better at
14  addressing our citizens and their concerns.  I have
15  been fielding phone calls ever since last week with
16  citizens who are upset.  I've been answering
17  e-mails.
18     This is going to leave a legacy for this city.
19  It's going to affect all of us around this dais.
20  And to rush through and then, oh, we have one
21  day --
22     COMMISSIONER SAPP:  Oh.  Oh.
23     COMMISSIONER BASS:  -- in between when we're
24  can decide which -- we have a map?  That -- if
25  that's not rushing, I don't know what is.

Page 78

1    And then, to do it in the middle of the
2  pandemic -- you know, we didn't even have the
3  correct maps up to date for this meeting.  And, you
4  know, the citizens didn't have a way -- they had no
5  way of knowing how to call in, how to get their
6  questions answered.
7    And I think that's very evident from the fact
8  that we had one question.  I can tell you that.
9    COMMISSIONER SAPP:  (Unintelligible) got to
10  go.
11    COMMISSIONER BASS:  I don't believe our
12  citizens are being treated fairly.  I don't believe
13  we're practicing open government.  And I don't
14  believe that we are going to leave our city with
15  the good taste in their mouth -- in their mouth
16  about this redistricting.
17    We're going to make a lot of people angry and
18  it is just going to continue to add to the dissent
19  and -- and the inability of our city to work
20  together.
21    We need to slow this process down.  We need to
22  have -- everybody has equal access.  It doesn't
23  matter if you happen to have an (unintelligible).
24  If doesn't matter if you're a citizen that doesn't
25  happen to have Facebook or -- or cable television.

Page 79

1  We need to have some way that everybody can get
2  access to our redistricting process.
3    So far, it hasn't been that way.  It's been
4  just -- just the continuation of very short
5  meetings, inadequate information, improper
6  information, not receiving the information and on
7  and on.  And it just keeps compiling.  And it makes
8  us look as if we are not being responsive to our
9  citizens and we are not doing this in an open and
10  fair way.
11    (End of comments related to the agenda item.)
12    (End of excerpt.)

Page 80

1    CERTIFICATE OF REPORTER
2
3  STATE OF FLORIDA   )
   COUNTY OF LEON   )
4
5    I, ANDREA KOMARIDIS WRAY, Court Reporter,
6  certify that I correctly transcribed from a Facebook
7  video provided the foregoing proceedings at the time and
8  place as stated in the caption hereof; that my shorthand
9  notes were thereafter translated under my supervision;
10  and the foregoing pages, numbered 1 through 79, are a
11  true and correct record of the aforesaid proceedings.
12
13    I further certify that I am not a relative,
14  employee, attorney or counsel of any of the parties, nor
15  am I a relative or employee of any of the parties'
16  attorney or counsel connected with the action, nor am I
17  financially interested in the action.
18    DATED this 18th day of May, 2020.
19
20
21
22    ANDREA KOMARIDIS WRAY
23    NOTARY PUBLIC
      COMMISSION #GG365545
24    EXPIRES FEBRUARY 09, 2021
25