IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JULIE BAROODY and WILLIAM B. FARMER,

    Plaintiffs,

v().                                           Case No. 4:20-cv-217-AW-MAF

CITY OF QUINCY, FLORIDA; KEITH A. DOWDELL, in his official capacity as Commissioner and Mayor of the City of Quincy; et al.,

    Defendants.

_____/

## ORDER REGARDING DEADLINES

Defendants' motion for clarification (ECF No. 19) is granted. This order confirms Defendants' response to the preliminary injunction motion remains due May 29. Their response to the amended complaint is due June 5, by operation of Rule 15(a)(3).

SO ORDERED on May 27, 2020.

                                                s/ *Allen Winsor*
                                                United States District Judge