IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| JULIE BAROODY, and <br> WILLIAM B. FARMER, <br> <br>     Plaintiffs, <br> <br> v. <br> <br> CITY OF QUINCY, FLORIDA, <br> KEITH A. DOWDELL, in his official <br> capacity as Commissioner and Mayor of the <br> City of Quincy, RONTE R. HARRIS, in his <br> official capacity as Commissioner and <br> Mayor Pro-Tem of the City of Quincy, and <br> ANGELA G. SAPP, in her official capacity <br> as Commissioner of the City of Quincy, <br> <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Case No.: 4:20-cv-217-AW-MAF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DECLARATION OF WILLIAM B. FARMER**
**(28 U.S.C. §1746)**

William B. Farmer, declares under the penalty of perjury as follows:

1.      My name is William B. Farmer. I am over eighteen (18) years old and competent to testify as to the matters set forth herein.

2.      I am a registered voter in the City of Quincy. I have resided at 323 N Monroe St., Quincy, FL 32351 for approximately four years.

3.      Prior to the current redistricting, I resided in District 4, and under the enacted redistricting plan, I currently reside in District 4.

Affiant's Signature: _____
William B. Farmer

Executed on: _____6-2-2020_____