IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| JULIE BAROODY, and <br> WILLIAM B. FARMER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF QUINCY, FLORIDA, <br> KEITH A. DOWDELL, in his official capacity as Commissioner and Mayor of the City of Quincy, RONTE R. HARRIS, in his official capacity as Commissioner and Mayor Pro-Tem of the City of Quincy, and ANGELA G. SAPP, in her official capacity as Commissioner of the City of Quincy, <br><br> Defendants. | Case No.: 4:20-cv-217-AW-MAF |

## **PLAINTIFFS' NOTICE OF FILING POINTS OF AUTHORITY**

Plaintiffs, Julie Baroody and William B. Farmer, by and through undersigned counsel, files their Points of Authority for the Court:

Plaintiffs hereby cite and direct the Court to the following points of authority that may be relevant in the Court's analysis for purposes of Plaintiffs' Motion for Preliminary Injunction:

1. Negron v. City of Miami Beach, 113 F.3d 1563 (11th Cir. 1997).

2. Montes v. City of Yakima, 40 F. Supp. 3d 1377 (E.D. Wash. 2014).

3. California v. Ross, 358 F. Supp. 3d 965 (N.D. Cal. 2019).

4. Cisneros v. Pasadena Indep. Sch. Dist., 2014 U.S. Dist. LEXIS 58278 (S.D. Tex. Apr. 25, 2014).

5. United States v. Brown, 561 F.3d 420, 432 (5th Cir. 2009).

DATED this 3rd day of June, 2020.

[*Signature on following page*]

Respectfully submitted,

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

***/s/ Ryan J. Andrews***
RYAN J. ANDREWS (FBN 0104703)
DAVID A. WEISZ (*Pro Hac Vice Forthcoming*)
ryan@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 3rd day of June, 2020, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS
