IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | | |
|---|---|---|
| JULIE BAROODY, and<br>WILLIAM B. FARMER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 4:20-cv-217-AW-MAF |
| | ) | |
| CITY OF QUINCY, FLORIDA,<br>KEITH A. DOWDELL, in his official<br>capacity as Commissioner and Mayor of the<br>City of Quincy, RONTE R. HARRIS, in his<br>official capacity as Commissioner and<br>Mayor Pro-Tem of the City of Quincy, and<br>ANGELA G. SAPP, in her official capacity<br>as Commissioner of the City of Quincy, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE AS TO DEFENDANTS

YOU ARE HEREBY NOTIFIED that Plaintiff, Julie Baroody and William B. Farmer, by and through the undersigned counsel, dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) against Defendants City of Quincy, Keith A. Dowdell, Ronte R. Harris, and Angela Sapp. All parties have agreed to bear their own fees and costs.

[*Signatures on following page*]

Respectfully submitted,

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

*/s/ Ryan J. Andrews*
STEVEN R. ANDREWS (FBN 0263680)
RYAN J. ANDREWS (FBN 0104703)
JOHN M. VERNAGLIA (FBN 1010637)
steve@andrewslaw.com
ryan@andrewslaw.com
john@andrewslaw.com
service@andrewslaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing

was served by electronic transmission on this 19th day of June, 2020, to:

Mohammad O. Jazil, Esq.
Joseph A. Brown, Esq.
Kristen C. Diot, Esq.
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
mjazil@hgslaw.com
jbrown@hgslaw.com
KDiot@hgslaw.com

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS

2