IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JULIE BAROODY and WILLIAM B. FARMER,**

    **Plaintiffs,**

v.                                          Case No. 4:20-cv-217-AW-MAF

**CITY OF QUINCY, FLORIDA, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiffs filed a "Notice of Voluntary Dismissal Without Prejudice As to Defendants." ECF No. 33. Because it is conditional (it would require each side to bear its own costs) the notice is not effective without an order. But it does indicate that the parties have agreed (at least as to fees and costs), so I will treat the notice as an unopposed motion to dismiss without prejudice. That motion is granted, and the case is dismissed without prejudice, with each side to bear its own fees and costs. Any defendant opposing this relief may move for reconsideration within seven days. The clerk will close the file.

SO ORDERED on June 19, 2020.

                                        s/ *Allen Winsor*
                                        United States District Judge